COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
DANIELLE C. PIERRE (300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (319409)
(eslovak@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | Case no. 5:20-cv-02155-SVK<br><br>**DEFENDANT ZOOM VIDEO COMMUNICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendant Zoom Video Communications, Inc. ("Zoom"), by and through its undersigned counsel, hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Zoom discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 7, 2020

Respectfully Submitted,

COOLEY LLP

By: /s/ *Michael G. Rhodes*
      Michael G. Rhodes (116127)

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

223514324

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT ZOOM'S RULE 7.1
DISCLOSURE STATEMENT
CASE NO. 5:20-CV-02155-SVK