M. Anderson Berry (SBN 262879)
Leslie Guillon (SBN 222400)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
ABerry@Justice4You.com
LGuillon@Justice4You.com

John A. Yanchunis (*Pro Hac Vice*)
Ryan J. McGee (*Pro Hac Vice*)
Kenya J. Reddy (*Pro Hac Vice Forthcoming*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813)
Facsimile: (813)
JYanchunis@ForThePeople.com
RMcGee@ForThePeople.com
KReddy@ForThePeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | **Case No.: 5:20-cv-02155-LHK**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' BUXBAUM AND BLUM ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

[Caption continued on next page.]

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED CASE NO.
5:20-CV-02155-LHK

1

| | |
|---|---|
| ADAM BUXBAUM and DEBORAH BLUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 5:20-cv-02939-SVK |

On May 1, 2020, Plaintiffs in *Buxbaum, et al v. Zoom Video Telecommunications, Inc.*, Case. No. 5:20-cv-02939-SVK ("*Buxbaum*") filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12 (the "Motion"). The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS the Motion.

IT IS ORDERED that *Buxbaum* is related to *Cullen v. Zoom Video Telecommunications, Inc.*, No. 5:20-cv-02155-LHK. These actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *Buxbaum* shall be reassigned to the undersigned Judge pursuant to Local Rule 3-12.

**IT IS SO ORDERED.**

Dated:  May 7, 2020               *Lucy H. Koh*
                                  HON. LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE

[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED CASE NO. 5:20-CV-02155-LHK

2