Kenneth A. Wexler (*pro hac vice*)
Jason J. Keener (*pro hac vice*)
Umar Sattar *(pro hac vice)*
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
*kaw@wexlerwallace.com*
*jjk@wexlerwallace.com*
*us@wexlerwallace.com*

Mark J. Tamblyn (State Bar No. 179272)
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
Facsimile: (312) 346-0022
*mjt@wexlerwallace.com*

*Attorneys for Plaintiff and the proposed Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-02155-LHK<br><br>Honorable Lucy H. Koh |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

1  Jason J. Kenner hereby moves to withdraw his appearance on behalf of the Plaintiffs and

2 the Proposed Classes. Kenneth A. Wexler, Mark J. Tamblyn and Umar Sattar of Wexler Wallace

3 LLP will continue to act as counsel for Plaintiffs and the Proposed Class.

5  Dated: May 12, 2020                            Respectfully submitted,

*/s/ Jason J. Keener*
Kenneth A. Wexler (*pro hac vice*)
Jason J. Keener (*pro hac vice*)
Umar Sattar *(pro hac vice)*
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
*kaw@wexlerwallace.com*
*jjk@wexlerwallace.com*
us@wexlerwallace.com

Mark J. Tamblyn
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
*mjt@wexlerwallace.com*

Daniel E. Gustafson *(pro hac vice)*
David A. Goodwin*(pro hac vice)*
Ling S. Wang *(pro hac vice)*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
*dgustafson@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*lwang@gustfsongluek.com*

***Attorneys for Plaintiff and the Proposed Class***