**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT CULLEN, | |
| *On Behalf of Himself and All Others Similarly Situated*, | |
| Plaintiff, | **Case No. 5:20-cv-02155-LHK** |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Defendant. | |
| SAMUEL TAYLOR, | |
| *On Behalf of Himself and All Others Similarly Situated*, | |
| Plaintiff, | **Case No. 5:20-cv-02170-LHK** |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Defendant. | |
| LISA T. JOHNSTON, | |
| *On Behalf of Herself and All Others Similarly Situated*, | |
| Plaintiff, | **Case No. 5:20-cv-02376-LHK** |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| TIMOTHY GENS, *Individually and On Behalf of All Others Similarly Situated*, Plaintiff, v. ZOOM VIDEO COMMUNICATIONS, INC., Defendants. | **Case No. 4:20-cv-03078-LHK** |
| TESHA KONDRAT, GAVIN WOLFE, and CHANELLE MURPHY, *Individually and On Behalf of All Others Similarly Situated*, Plaintiffs, v. ZOOM VIDEO COMMUNICATIONS, INC., Defendant. | **Case No. 5:20-cv-02520-LHK** |
| ROBERT LAWTON, *On Behalf of Himself and All Others Similarly Situated*, Plaintiff, v. ZOOM VIDEO COMMUNICATIONS, INC., Defendant. | **Case No. 5:20-cv-02592-LHK** |

THERESE JIMENEZ,

*On Behalf of Herself, Her Minor Child M.F., and All Others Similarly Situated*,

     Plaintiff,

     v.

ZOOM VIDEO COMMUNICATIONS, INC.,

     Defendant.

**Case No. 5:20-cv-02591-LHK**

---

KRISTEN HARTMANN,

*On Behalf of Herself and All Others Similarly Situated*,

     Plaintiff,

     v.

ZOOM VIDEO COMMUNICATIONS, INC.,

     Defendant.

**Case No. 5:20-cv-02620-LHK**

---

LISHOMWA HENRY,

*Individually and On Behalf of All Others Similarly Situated*,

     Plaintiff,

     v.

ZOOM VIDEO COMMUNICATIONS, INC.,

     Defendant.

**Case No. 5:20-cv-02691-LHK**

RACHEL GREENBAUM,

*Individually and On Behalf of Herself and All Others Similarly Situated,*

      Plaintiff,

      v.

ZOOM VIDEO COMMUNICATIONS, INC.,

      Defendant.

**Case No. 5:20-cv-02861-LHK**

STACEY SIMINS,

*On Behalf of Herself and All Others Similarly Situated,*

      Plaintiff,

      v.

ZOOM VIDEO COMMUNICATIONS, INC.,

      Defendant.

**Case No. 5:20-cv-02893-LHK**

ADAM BUXBAUM, *et al.,*

*On Behalf of Themselves and All Others Similarly Situated,*

      Plaintiffs,

      v.

ZOOM VIDEO COMMUNICATIONS, INC.,

      Defendant.

**Case No. 5:20-cv-02939-LHK**

| | |
|---|---|
| AJAY KIRPEKAR, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | **Case No. 5:20-cv-03042-LHK** |
| SAINT PAULUS LUTHERAN CHURCH, *et al.,*<br>*Individually and on Behalf of Themselves and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | **Case No. 5:20-cv-03252-LHK** |

## STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES

WHEREAS, the above-captioned related proposed consumer class actions pending before this Court in the United States District Court for the Northern District of California, entitled: *Cullen v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02155-LHK ("*Cullen*"), filed March 30, 2020; *Taylor v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02170-LHK ("*Taylor*"), filed March 31, 2020; *Johnston v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02376-LHK ("*Johnston*"), filed April 8, 2020; *Gens v. Zoom Video Communications, Inc.*, Case No. 4:20-cv-03078-LHK, April 12, 2020 ("*Gens*"); *Kondrat, et al. v. Zoom Video Communications, Inc.*, Case No 5:20-cv-02520-LHK ("*Kondrat*"), filed April 13, 2020; *Lawton v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02592-LHK ("*Lawton*"), filed April 14, 2020; *Jimenez v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02591-LHK ("*Jimenez*"), filed April 14, 2020; *Hartmann v.*

*Zoom Video Communications, Inc.*, Case No. 5:20-cv-02620-LHK ("*Hartmann*"), filed April 15, 2020; *Henry v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02691-LHK ("*Henry*"), filed April 17, 2020; *Greenbaum v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02861-LHK (N.D. Cal.) ("*Greenbaum*"), filed April 24, 2020; *Simins v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02893-LHK ("*Simins*"), filed April 27, 2020; *Buxbaum, et al. v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02939-LHK, filed April 29, 2020 ("*Buxbaum*"); *Kirpekar v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-03042-LHK ("*Kirpekar*"), filed May 4, 2020; and *Saint Paulus Lutheran Church v. Zoom Video Communications, Inc.*, No. 5:20-cv-03252-LHK (N.D. Cal.) ("*Saint Paulus*") (the "Related Actions").[1]

WHEREAS, Plaintiffs in the Related Actions allege, *inter alia*, that Defendant Zoom Video Communications, Inc. ("Zoom"), *inter alia*, provides customers' personal identifying information ("PII") to unauthorized third parties without customers' consent;

WHEREAS Zoom denies such allegations;

WHEREAS, Plaintiffs in the Related Actions agree that consolidation is appropriate under Fed. R. Civ. P. 42(a) because they involve common questions of law or fact, name the same defendant, arise from the same events, and assert overlapping claims;

---

[1] Two actions involving common questions of law or fact and arising from the same events were filed against Zoom in the United States District Court for the Central District of California. *See Ohlweiler v. Zoom Video Communications, Inc.*, Case No. 2:20-cv-03165-SVW (C.D. Cal. April 3, 2020) and *Hurvitz v. Zoom Video Communications, Inc.*, Case No. 2:20-cv-03400-PA (C.D. Cal. April 13, 2020) (also naming Facebook, Inc. and LinkedIn Corporation as defendants). The parties in *Ohlweiler* filed a stipulation to transfer *Ohlweiler* to this District, which was granted by the Honorable Stephen V. Wilson on May 13, 2020. *Ohlweiler* Dkt. No. 18. On May 20, 2020, *Ohlweiler* was accepted by the Northern District and assigned to Magistrate Judge Van Keulen. *See Ohlweiler v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-03281-SVK. With respect to *Hurvitz*, Plaintiff Cullen filed a Notice of Pendency of Other Action with this Court pursuant to Civil Local Rule 3-13 ("Notice of Pendency") on April 23, 2020, Dkt. No. 25, which Hurvitz opposed on May 7, 2020, Dkt. No. 42. On May 12, 2020, after the parties in *Hurvitz* had responded to the *Hurvitz* Court's order to show cause why the case should not be transferred to the Northern District, Plaintiff in *Hurvitz* filed an amended complaint dismissing without prejudice his claims against Zoom (but not against Facebook or LinkedIn). Later that same day, acknowledging the amendment, the Honorable Percy Anderson ordered that *Hurvitz* be transferred to this District, *Hurvitz* Docket No. 41. *See Hurvitz v. Zoom Video Communications, Inc.*, Case No. 4:20-03258-DMR (N.D. Cal. May 13, 2020).

WHEREAS, consolidation will eliminate duplicative discovery, the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

WHEREAS, Zoom does not at this time oppose procedural consolidation of the Related Actions for pre-trial purposes under Fed. R. Civ. P. 42(a), while expressly reserving all of its rights, remedies, defenses, objections, and legal arguments, including, without limitation, its right to move to dismiss or to compel arbitration, and to oppose consolidation in any other forum, further consolidation in this forum, or class certification on any grounds;

WHEREAS, the undersigned counsel for Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) or other designated counsel will be beneficial to the effective prosecution of the Related Actions, and any other related actions subsequently transferred to this Court;

WHEREAS, Zoom takes no position on Plaintiffs' request for the appointment of interim class counsel or other designated counsel;

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1.     The *Cullen, Taylor, Johnston, Gens, Kondrat, Lawton, Jimenez, Hartmann, Henry, Greenbaum Simins, Buxbaum, Kirpekar*, and *Saint Paulus* actions currently pending before this Court and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Lucy H. Koh (hereafter the "Consolidated Action").

2.     All papers filed in the Consolidated Action shall be filed under Case No. 5:20-cv-02155-LHK and shall bear the following caption:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

*IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION*

**Master File No. 5:20-cv-02155-LHK**

This Document Relates To:

_____/

3.      The case file for the Consolidated Action will be maintained under Master File No. 5:20-cv-02155-LHK. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "5:20-cv-02155-LHK (*Cullen*)."

4.      Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to N.D. Cal. L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

      a.   place a copy of this Order in the separate file for such action;

      b.   serve on Plaintiffs' counsel in the new case a copy of this Order;

      c.   direct that this Order be served upon defendants in the new case; and

      d.   make the appropriate entry in the Master Docket.

5.      Zoom reserves and does not waive any and all rights to enforce its Terms of Service, or to move to dismiss or to compel arbitration, to oppose any class or other representative action in this or any other forum, and to oppose class certification or the appointment of class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P. 23(a) and (g).

6.      Initial deadlines for the Consolidated Action are as follows:

      a.   Any attorney who has filed an action in the Related Actions or any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim class counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications must be e-filed in the Master File No. 5:20-cv-02155-LHK, no later than 5 p.m. Pacific Time, seven (7) calendar days from the date of entry of the Court's order approving this stipulation. Each attorney's or proposed leadership structure's application shall not exceed five pages double-spaced addressing the factors set forth in Rule 23(g) or other relevant factors and may include a resume no longer than three pages. Counsel may file a two-page response (including any attachments) no later than 5 p.m. Pacific Time, three (3) business days from the filing deadline of the initial applications. The Court may hold a hearing on the applications or appoint interim counsel or other designated counsel based on timely written submissions only;

      b.   Plaintiffs shall file a Consolidated Complaint superseding all previously individually filed complaints no later than thirty (30) days following entry of an order appointing interim class counsel or other designated counsel;

      c.   Zoom and any additional defendants named in future Related Actions need not file a response to the complaint in each Related Action and instead will answer, move or otherwise respond to the Consolidated Complaint no later than forty-five (45) days following service of the Consolidated Complaint; and

1        d.   The Parties (with interim counsel or other counsel as designated by the Court

2             representing the interests of the Plaintiffs) will file a Joint Case Management

3             Statement no later than July 15, 2020, pursuant to this Court's Order (Dkt. No. 30)

4             in the Related Actions setting the Initial Case Management Conference for July 22,

5             2020 at 2:00 p.m. in Courtroom 8, 4th Floor, in San Jose, California.

6    **IT IS SO STIPULATED.**

7    Dated: May 21, 2020                                    Respectfully submitted,

8

9                                   */s/ Mark J. Tamblyn*

10                                 Mark J. Tamblyn (SBN 179272)
                              **WEXLER WALLACE LLP**

11                                 333 University Avenue, Suite 200
                              Sacramento, California 95825

12                                 Telephone: (916) 565-7692
                              Facsimile: (312) 346-0022

13                                 mjt@wexlerwallace.com

14                                 Kenneth A. Wexler (*pro hac vice*)

15                                 Umar Sattar (*pro hac vice*)
                              **WEXLER WALLACE LLP**

16                                 55 West Monroe, Suite 3300
                              Chicago, Illinois 60603

17                                 Telephone: (312) 346-2222
                              Facsimile: (312) 346-0022

18                                 kaw@wexlerwallace.com
                              us@wexlerwallace.com

19

20                                 Daniel E. Gustafson (*pro hac vice*)

21                                 David A. Goodwin (*pro hac vice*)
                              Ling S. Wang*

22                                 **GUSTAFSON GLUEK PLLC**
                              Canadian Pacific Plaza

23                                 120 South Sixth Street, Suite 2600
                              Minneapolis, MN 55402

24                                 Telephone: (612) 333-8844
                              dgustafson@gustafsongluek.com

25                                 dgoodwin@gustafsongluek.com
                              lwang@gustfsongluek.com

26

27

28

Attorneys for Plaintiff in *Cullen v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02155-LHK


 */s/ Hassan A. Zavareei*
Hassan A. Zavareei (State Bar No. 181547)
Katherine M. Aizpuru (*pro hac vice*)
Mark A. Clifford*
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com
mclifford@tzlegal.com

Annick M. Persinger (State Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6807
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Attorneys for Plaintiff in *Taylor v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02170-LHK


 */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 179272)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Anya N. Thepot (SBN 3184300)

Noorjahan Rahman (SBN 330572)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
athepot@cpmlegal.com
nrahman@cpmlegal.com

Attorneys for Plaintiff in *Johnston v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02376-LHK and *Saint Paulus Lutheran Church v. Zoom Video Communications, Inc.*, No. 5:20-cv-03252-LHK


  */s/ Timothy Gens*
Timothy Gens
**THE TECHNOLOGY LAW GROUP**
774 Mays Blvd., Suite 10-506
Incline Village, NV 89451
Tel: (650) 380-2060
thg@tlawgroup.com

Attorneys for Plaintiff in *Gens v. Zoom Video Communications, Inc.*, Case No. 4:20-cv-03078-LHK


  */s/ Norman E. Siegel*
Norman E. Siegel *(pro hac vice)*
J. Austin Moore *(pro hac vice)*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822

hartley@hartleyllp.com

Attorneys for Plaintiffs in *Kondrat, et al. v. Zoom Video Communications, Inc.*, Case No 5:20-cv-02520-LHK


 */s/ Marie A. McCrary*
Adam J. Gutride (SBN 181446)
Seth A. Safier (SBN 197427)
Marie A. McCrary (SBN 262670)
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 271-6469
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
marie@gutridesafier.com

Attorneys for Plaintiff in *Lawton v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02592-LHK


 */s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Theodore Maya (SBN 223242)
Bradley K. King (SBN 274399)
Christopher E. Stiner (SBN 276033)
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com
cstiner@ahdootwolfson.com

Attorneys for Plaintiff in *Jimenez v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02591-LHK

1

2
  _/s/ Rachele R. Byrd_
Rachele R. Byrd (SBN 190634)

3
Brittany N. DeJong (SBN 258766)
**WOLF HALDENSTEIN ADLER**

4
   **FREEMAN & HERZ LLP**

5
750 B Street, Suite 1820
San Diego, California 92101

6
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

7
byrd@whafh.com
dejong@whafh.com

8

9
Matthew M Guiney*
Lydia Keaney Reynolds*

10
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**

11
270 Madison Avenue
New York, New York 10016

12
Telephone: (212) 545-4600
Facsimile: (212) 545-4677

13
guiney@whafh.com
reynolds@whafh.com

14

15
Carl Malmstrom*
**WOLF HALDENSTEIN ADLER**

16
   **FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700

17
Chicago, Illinois 60604
Telephone: (312) 984-0000

18
Facsimile: (212) 545-4653
malmstrom@whafh.com

19

20
Attorneys for Plaintiff in _Hartmann v. Zoom Video
Communications, Inc._, Case No. 5:20-cv-02620-

21
LHK

22
  _/s/ Willem F. Jonckheer_
Robert C. Schubert (SBN 62684)

23
Willem F. Jonckheer (SBN 178748)
Noah M. Schubert (SBN 278696)

24
Kathryn Y. McCauley (SBN 265803)

25
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650

26
San Francisco, California 94111
Telephone: (415) 788-4220

27

28

Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law
kmccauley@sjk.law

Christian Levis*
Henry Kusjanovic*
Amanda Fiorilla*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
hkusjanovic@lowey.com
afiorilla@lowey.com

Anthony M. Christina*
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

Attorneys for Plaintiff in *Henry v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02691-LHK


 */s/ Willem F. Jonckheer*
Robert C. Schubert (SBN 62684)
Willem F. Jonckheer (SBN 178748)
Noah M. Schubert (SBN 278696)
Kathryn Y. McCauley (SBN 265803)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law
kmccauley@sjk.law

Attorneys for Plaintiff in *Greenbaum v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02861-LHK


 */s/ Eric H. Gibbs*
Eric H. Gibbs (SBN 178658)
Andre Mura (SBN 298541)
Amanda M. Karl (SBN 301088))
Jeffrey Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

Attorneys for Plaintiff in *Simins v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-2893-LHK


 */s/ M. Anderson Berry*
M. Anderson Berry (SBN 262879)
Leslie Guillon (SBN 222400)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
lguillon@justice4you.com

John A. Yanchunis (*pro hac vice*)
Ryan J. McGee (*pro hac vice*)
**MORGAN & MORGAN COMPLEX**
**LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
JYanchunis@ForThePeople.com
RMcGee@ForThePeople.com
KReddy@ForThePeople.com

Attorneys for Plaintiffs in *Buxbaum, et al. v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-02939-LHK

 */s/ Dennis Stewart*
Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

Garret D. Blanchfield (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
**REINHARDT WENDORF &
BLANCHFIELD**
332 Minnesota Street, Suite W-1050
St. Paul, Minnesota 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Attorneys for Plaintiff in *Kirpekar v. Zoom Video Communications, Inc.*, Case No. 5:20-cv-03042-LHK

*\*pro hac vice* applications forthcoming

 */s/ Michael G. Rhodes*
Michael G. Rhodes (SBN 116127)
Travis LeBlanc (SBN 251097)
Kathleen R. Hartnett (SBN 314267)
Danielle C. Pierre (SBN 300567)
Joseph D. Mornin (SBN 307766)
Evan G. Slovak (SBN 319409)
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
rhodesmg@cooley.com
tleblanc@cooley.com
khartnett@cooley.com

dpierre@cooley.com
jmornin@cooley.com
eslovak@cooley.com

Attorneys for Defendant *Zoom Video
Communications, Inc.*

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____            _____
                                     Hon. Lucy H. Koh
                                     United States District Judge