UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Master File No.   5:20-cv-02155-LHK<br><br>[~~PROPOSED~~] **ORDER CONFIRMING CONSOLIDATION OF ACTIONS [OR CONSOLIDATING ACTIONS]** |
| TODD HURVITZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, et al.,<br><br>    Defendants. | Case No.   4:20-cv-03258-JD |

1   On May 28, 2020, the Court granted Defendants Facebook, Inc. and LinkedIn Corporation's Administrative Motion to Consider Whether Cases Should Be Related. ECF No. 61. The same day, the Court issued an Order to Consolidate Actions and Set Scheduling Deadlines. ECF No. 62 ("the Consolidation Order"). Pursuant to Paragraph 1 of the Consolidation Order, IT IS ORDERED that *Hurvitz v. Facebook*, Case No. 4:20-cv-03258-JD, has been consolidated with the Consolidated Action under the caption *In re Zoom Video Communications, Inc. Privacy Litigation*, Master File No. 5:20-cv-02155-LHK.

IT IS ORDERED that the scheduling deadlines set forth in Paragraph 6 of the Consolidation Order shall apply. Pursuant to Paragraph 6(c), Facebook and LinkedIn are not required to respond to the *Hurvitz* First Amended Complaint and instead will answer, move or otherwise respond to the Consolidated Complaint no later than forty-five (45) days following service of the Consolidated Complaint.

**IT IS SO ORDERED.**

Dated: __June 2, 2020_____   _____*Lucy H. Koh*_____
Hon. Lucy H. Koh
United States District Judge