# Exhibit A





*John A. Yanchunis*  Mr. Yanchunis practices in Morgan & Morgan's Complex Litigation Group and leads the National Consumer Class Action Department.  Morgan & Morgan is the largest plaintiffs' law firm in the country with approximately 500 lawyers practicing in 50 offices across 11 states including Florida, California, Georgia, Indiana, Illinois, Mississippi, Tennessee, Kentucky, Alabama, Arkansas, Massachusetts, New York, Pennsylvania, and Massachusetts.  Before entering private practice in 1982, Mr. Yanchunis served for two years as a law clerk for the Honorable Carl O. Bue, Jr., a U.S. District Judge in Houston, Texas.

During his career, Mr. Yanchunis has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, filed in 1991 by The Celotex Corporation and its subsidiary, Carey Canada, Inc. During the approximately seventeen years the case pended, Mr. Yanchunis served as lead counsel for several insurance companies, regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. Mr. Yanchunis was also lead counsel for these parties in the subsequent appeals which followed a judgment in favor of his clients.

As a result of his experience in insurance and complex litigation, beginning in 2005, and while maintaining his private practice, Mr. Yanchunis served as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigation of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. Mr. Yanchunis served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which were selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation filed based on this and related investigations netted millions of dollars in restitution for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

In the last several years Mr. Yanchunis's practice has had a heavy emphasis on privacy class litigation. In addition to the matters noted in the application, recent privacy, data breach, and data disclosure class cases in which he has served in leadership include: *In re: Capitol One Consumer Data Sec. Breach Litig.*, No. 1:19-md-02915 (E.D. Va.) (Co-Lead Counsel); *In re: Equifax, Inc. Customer Data Sec. Breach Litig.*, No. 1:17-md-02800 (N.D. Ga.) (Plaintiffs' Steering Committee); *In re: Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-md-02752 (N.D. Cal.) (Lead Counsel); *In re Office of Pers. Mgmt. Data Breach*, 1:15-mc-01394-ABJ (D.D.C.) (Plaintiffs' Steering Committee); *Jasper Schmidt et al. v. Facebook, Inc.*, No. C 18-05982 WHA (JSC) (N.D. Cal.) (Co-Lead Counsel); *In re Arby's Rest. Grp., Inc. Litig.*, 1:17-cv-1035-AT (N.D. Ga.) (co-liaison counsel); *Morrow v. Quest Diagnostics, Inc.*, 2:17-cv-0948 (D. N.J.) (Lead Counsel); *Walters v. Kimpton Hotel & Rest. Grp., LLC*, 3:16-cv-5387-VC (N.D. Cal.) (Lead Counsel); *Torres v. Wendy's Int'l., LLC*, 6:16-cv-210 (M.D. Fla.) (Lead Counsel); *In re: Home Depot Customer Data Sec. Breach Litig.*, No. 14-md-02583 (N.D. Ga.) (Co-Lead Counsel); *In re: Target Corp. Customer Data Sec. Breach Litig.*, No. 14-md-02522 (D. Minn.) (Plaintiffs' Steering

Committee); *Remijas v. Neiman Marcus Grp., LLC*, 14-cv-1735 (N.D. Ill.) (Class Counsel); *Brady v. Scotty's Holdings, LLC*, 1:17-cv-01313 (S.D. Ind.) (Co-Lead Counsel); *Linnins v. TIMCO Aviation Services, Inc.,* 16-cv-486 (M.D.N.C.) (Co-Lead Counsel); *Bishop v. Shorter University*, 4:15-cv-00033-HLM (N.D. Ga.) (Lead Counsel); *Fulton-Green v. Accolade, Inc.,* 2:18-cv-00274-GEKP, (E.D. Pa.) (Co-Lead Counsel); *Ortiz v. UCLA Health System,* No. BC589327 (Cal. Sup. Ct. Los Angeles Cnty.) (executive committee); *Brady v. Scotty's Holdings, LLC*, 1:17-cv-01313 (S.D. Ind.) (Co-Lead Counsel); *Nelson v. Roadrunner Transportation Systems, Inc*., No. 1:18-cv-07400 (N.D. Ill.) (Lead Counsel); and *Hameed-Bolden v. Forever 21 Retail, Inc. et al*., No. 2:18-cv-03019 (C.D. Cal.) (Lead Counsel).

As a result of his extensive experience in privacy and data-breach litigation, he regularly lectures at seminars regarding privacy litigation, including at international conferences, having spoken recently at the University of Haifa's 2019 Class Action Conference, in April 2019, in Haifa, Israel. Mr. Yanchunis also routinely speaks domestically on privacy and cybersecurity related topics including at: the NetDiligence Cyber Risk Forum in Philadelphia, PA (June 2017); the Consumer Protection Law Committee Convention in Boca Raton, FL (June 2017); several Harris Martin seminars, including MDL Conference, Equifax, St. Louis, MO (Nov. 2017), and MDL Conference Marriott Data Breach Litigation Conference, Miami, FL (Jan. 2019); the New Jersey Assoc. for Justice, Atlantic City, NJ (May 2018); the Los Angeles Class Action Conference, Costa Mesa, CA (Jan. 2019); the Class Action Mastery Forum, University of San Diego (Jan. 2019); and Mass Torts Made Perfect, Las Vegas, Nevada (Oct. 2019). He has also been selected to present at the 2020 Global Class Actions Symposium's Privacy/Breach of Data Protection section held at The Law Society in London, England, in June 2020. Mr. Yanchunis is also a member of the Sedona Conference, participating in Working Group 11, which focuses on data security and privacy liability. He also spoke before the Sedona Conference at its February 2019 meeting in Houston, Texas. Many of these seminars are held for corporations that handle consumer data as a part of their business operations, insurance companies that provide data breach coverage to those companies, and for cyber security professionals. Based on his vast experience and long-standing, notable work in this area, Mr. Yanchunis was recently recognized by Law360 as one of its three Cybersecurity MVPs. Additionally, in 2016 the National Law Journal selected Mr. Yanchunis as a Trailblazer in the Area of Cybersecurity & Data Privacy.

Mr. Yanchunis has also represented The Florida Bar in many capacities. He has served as an expert for The Florida Bar in the area of class actions and ethics, and also served as special counsel in the prosecution of individuals for The Unauthorized Practice of Law, often leading to criminal contempt proceedings.  Because of his work in the area of consumer protection, he was appointed Chair of The Florida Bar's Consumer Protection Law Committee. He was appointed by the Florida Supreme Court to serve as a member of The Florida Board of Bar Examiners (FBBE), on which he served from 1997 to 2002, and he has annually been re-appointed by the Court to serve as an Emeritus Member where he participates on character and fitness panels of bar applicants and serves as an arbiter at final hearings.

Mr. Yanchunis also served as a member of the Board of Directors for The Florida Bar Foundation, and is a Fellow of The Florida Bar Foundation.  He served as Chairman of the Special Commission on Multi-Jurisdictional Practice, and was a member of the Special Committee on the Enhancement of the Practice of Law.  Mr. Yanchunis was elected to the Board of Governors (BOG) of The Florida Bar, and was involved with many subcommittees of the BOG, including the Budget



Committee, Multi-Disciplinary Practice Committee, and Board Review Committee on Professional Ethics.  He has served on The Florida Bar's Ethics Committee, Standing Committee on Simplified Forms where he was a member and Vice Chairperson, and the Task Force on the Unlicensed Practice of Law. He has served as Chairperson, Vice Chairperson, and a member of the Standing Committee on the Unlicensed Practice of Law. Mr. Yanchunis is a former member of the Standing Committee on Professionalism, the Continuing Legal Education Committee, the Public Relations Committee, and the Board of Governors of the Young Lawyers Division of The Florida Bar.

In addition to The Florida Bar, Mr. Yanchunis is admitted to practice before: the United States Supreme Court; the United States Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits; and numerous United States District Courts around the country.

Mr. Yanchunis has been honored with the prestigious "AV" rating by Martindale-Hubbell. He has also been continuously recognized as a Florida Super Lawyer.

Mr. Yanchunis received his Bachelor's degree from the University of Florida. While at the University of Florida, he was a member of Florida Blue Key and Omicron Delta Kappa.  He received his Doctor of Jurisprudence degree from South Texas College of Law where he attended school at night while working full time during the day. He graduated *magna cum laude*, was a member of the Order of the Lytae, and was Associate Editor-in-Chief of the *South Texas College of Law Journal*.

