Kenneth A. Wexler (*pro hac vice*)
Umar Sattar (*pro hac vice*)
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
us@wexlerwallace.com

Mark J. Tamblyn (State Bar No. 179272)
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
Facsimile: (312) 346-0022
mjt@wexlerwallace.com

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff Robert Cullen and the proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master File No. 5:20-cv-02155-LHK<br><br>**APPLICATION FOR APPOINTMENT OF KENNETH A. WEXLER AS INTERIM CLASS COUNSEL**<br><br>Honorable Lucy H. Koh |

## INTRODUCTION

This consolidated litigation began with reports over the past several months concerning security flaws associated with a video communicatons service developed, marketed, and sold to businesses and consumers by Zoom Video Communications, Inc. ("Zoom"). The relevance of Zoom's video conferencing application cannot be overstated, as it is among the options of essential communications tools in the wake of the global COVID-19 pandemic. Demand for

Zoom, and for services like it, has been meteoric with "stay-at-home" orders placed throughout the United States and the world.

Zoom provides an online video conferencing platform which includes remote conferencing services, online meetings, chat and mobile collaborations, and other forms of interacting remotely. The use of Zoom's services has exploded in the face of the current pandemic. When the vast majority of businesses, schooling, and other forms of human interaction were halted by stay-at-home directives, many turned to Zoom's platform to securely conduct business, keep up with family and friends, and attend classes. Unfortunately for its users, Zoom failed to properly safeguard the personal information of those who utilized its platform. Among other things, Zoom: collected its users' information without adequate notice or consent and then shared that information to third parties, such as Facebook, Inc. and LinkedIn; permitted interference with sensitive and private video conferencing, known as "Zoombombing"; and maintained inadequate security controls and encryption to prevent hacking or other compromise of Zoom accounts.

The *Cullen* action, filed by Wexler Wallace LLP ("Wexler Wallace") is the first case filed against Zoom. As more cases followed, Wexler Wallace (with Tycko & Zavareeli LLP and Gustafson Gluek PLLC) initiated efforts to bring the cases to a single forum, where they can be efficiently managed for the benefit of all plaintiffs and putative class members. The result of that work, in which other well-qualified counsel cooperated, is the basis upon which this Court swiftly commenced the leadership application process provided for by Federal Rule of Civil Procedure 23(g).

Pursuant to the Court's May 28, 2020 Order (Dkt. No. 62), Kenneth A. Wexler of Wexler Wallace seeks appointment as Interim Class Counsel. Mr. Wexler brings a career of expertise in leading and managing complex class actions. He has a proven record of litigating cutting edge issues and maximizing recoveries for consumers and businesses when their rights have been violated. Mr. Wexler has accomplished this while working to ensure that the class-wide benefits achieved are not diluted by superfluous legal work and inefficiencies that can plague large scale litigation.

Mr. Wexler and his firm thoroughly investigated the claims in this litigation before filing suit. They retained and utilized experts to advise them on fast-developing technical issues. Wexler Wallace has the necessary resources and has committed to use them to prosecute the litigation to its conclusion. Mr. Wexler has already demonstrated leadership in this litigation and, if appointed as Plaintiffs' Interim Lead Counsel, will work cooperatively and collaboratively with all counsel as required to achieve a successful outcome for the class.

## ARGUMENT

### I.     Mr. Wexler Has the Experience to Lead This Litigation

Mr. Wexler is the founder of Wexler Wallace, which is recognized nationally as a leading firm in complex litigation. Mr. Wexler has devoted his practice to class actions for most of his forty years as a lawyer, and in that time, he has been at the forefront of the fight against consumer fraud and other abuses. Mr. Wexler and his firm have held leadership positions in various types of complex cases, including biometric invasions of privacy, pharmaceutical overpricing, Hatch-Waxman antitrust violations, fraud on the government cases, investor fraud, and other consumer-related actions.

Several courts in which Mr. Wexler has practiced have recognized him and other attorneys at Wexler Wallace for their professional, vigorous advocacy on behalf of class members and their experience in the prosecution of complex class action and mass tort claims. The firm has successfully tried cases spanning diverse subject matters. The qualifications and breadth of Mr. Wexler's experience is set forth in the accompanying summary resume. *See* Attachment 1.

### II.    Mr. Wexler Performed Considerable Work in Identifying and Investigating Claims in This Litigation, and He Has Already Assumed a Leadership Role

Mr. Wexler and his firm conducted an extensive pre-filing investigation of Zoom's privacy failures before drafting and filing the *Cullen* complaint. That complaint sets forth comprehensive, detailed allegations of the claims against the Zoom, encompassing all the wrongful conduct alleged against it. To identify the factual allegations and develop the theories

of liability, Mr. Wexler dedicated substantial resources towards reviewing applicable law and potential causes of action that could be asserted on behalf of the relevant classes.

Mr. Wexler and his firm did not stop with the complaint. While other complaints were still being filed, and as further details surrounding Zoom's security flaws came to light, Wexler Wallace retained two experts to conduct independent and exhaustive evaluations of Zoom's privacy failures. This culminated in those experts identifying critical actions by Zoom that affect the class and will aid in the development of the case.

Moreover, Mr. Wexler has already shown leadership in this litigation. As cases were filed subsequent to *Cullen*, Mr. Wexler (and his co-counsel) reached out to counsel in those actions to discuss how to best move the litigation forward in an orderly and efficient manner. While striving to promote courteous and professional relations among all Plaintiffs' counsel, as well as Zoom's counsel, Mr. Wexler worked collaboratively in preparing, negotiating, and finalizing the stipulation and proposed orders which dealt with the relating, transferring, and ultimate consolidation of pending and subsequently-filed actions, which this Court granted. *See* Dkt. Nos. 28 & 62. The ultimate stipulation and proposed order involving the relationship, transfer, and consolidation of the majority of the cases (and all those then residing in this Court), as well as providing the guidelines for the current Rule 23(g) proceedings, was similarly worked on collaboratively with the various counsel in this case, with Mr. Wexler taking an active and lead role. In this regard, Wexler Wallace recognizes the extensive efforts of Hassan A. Zavareei of Tyko & Zavareei LLP, who helped facilitate and coordinate the presentation of these matters before this single forum. If appointed Interim Class Counsel, Mr. Wexler will continue to work cooperatively and collaboratively with all Plaintiffs' counsel as dictated by the needs of the case, tapping the vast reservoir of knowledge and expertise various counsel bring to the table.

### III. Mr. Wexler Has the Necessary Resources to Manage This Litigation

Wexler Wallace counts its highly experienced and diverse attorneys and support personnel as a significant part of the resources it will continue to devote to this litigation. Wexler Wallace is prepared and able to devote such resources to manage and fund this litigation to a successful conclusion. Because of his experience, Mr. Wexler is sensitive to the potential for

accumulation of costs and attorneys' fees that are unnecessary or of marginal benefit. With that awareness, Mr. Wexler will propose the implementation of guidelines to monitor and protect against accumulation of unnecessary fees or expenses. To that end, as responsible and necessary in any case such as this, Mr. Wexler will propose -- and submit to the Court for approval – a protocol for regular time and expense reporting to which all counsel acting for the class will be bound.  Any attorney time or expense that is not reported to and approved by Lead Counsel pursuant to the protocol would not be eligible for submission to the Court.

## CONCLUSION

Kenneth A. Wexler would be privileged to serve in leadership and represent the proposed class. He and his firm are committed to the case, know well their responsibilities to the Court and the putative class, and are intent on prosecuting the matter vigorously, efficiently, and in a manner that minimizes costs. For the foregoing reasons, Plaintiff respectfully requests that this Court appoint Kenneth A. Wexler as Interim Class Counsel.

Dated: June 4, 2020                                  Respectfully submitted,

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler (*pro hac vice*)
Umar Sattar (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
us@wexlerwallace.com

Mark J. Tamblyn
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
mjt@wexlerwallace.com

Daniel E. Gustafson
David A. Goodwin
Ling S. Wang*
**GUSTAFSON GLUEK PLLC**

| | |
|---|---|
| 1 | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| 2 | Minneapolis, MN 55402 |
| | Telephone: (612) 333-8844 |
| 3 | dgustafson@gustafsongluek.com |
| | dgoodwin@gustafsongluek.com |
| 4 | lwang@gustfsongluek.com |

*\* pro hac vice* application forthcoming

**Attorneys for Plaintiff Cullen and the Proposed Class**