UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Case No. 20-CV-02155-LHK<br><br>**ORDER GRANTING MOTION TO RELATE; CONSOLIDATING CASES; AMENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 70 |

On June 4, 2020, the plaintiff in *Rios v. Zoom Video Communications, Inc.*, No. 5:20-CV-03670-SVK (N.D. Cal.) ("*Rios* action"), filed a motion to determine whether the *Rios* action should be related to the instant case. ECF No. 70. The two cases concern the same defendant and issues, and it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L.R. 3-12(a). Thus, the Court GRANTS the motion to relate. The Court further ORDERS that the *Rios* action be consolidated with the instant case pursuant to the terms set forth in the Court's Order to Consolidate Actions and Set Scheduling Deadlines ("Consolidation Order"). ECF No. 62.

In light of the fact that the deadline to apply for appointment as interim class counsel fell on June 4, 2020, the Court CONTINUES that deadline to Tuesday, June 8, 2020 at 5:00 p.m., in

1

order to permit counsel in the *Rios* action to file an application. The Court also CONTINUES the deadline to file responses to applications to Friday, June 12, 2020 at 5:00 p.m. All other deadlines contained within the Consolidation Order remain as set.

**IT IS SO ORDERED.**

Dated: June 5, 2020

_____
LUCY H. KOH
United States District Judge