TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    650.697.6000
Facsimile:    650.697.0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (SBN 251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (SBN 307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (SBN 319409)
(eslovak@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC Date:    August 12, 2020<br>CMC Time:    2:00 pm<br>Judge:            Hon. Lucy H. Koh<br>Courtroom:   8 |

# JOINT CASE MANAGEMENT STATEMENT

Pursuant to the Standing Order for All Judges of the Northern District of California, and the Court's Order setting a Case Management Conference for August 12, 2020, and Civil Local Rule 16-9(d), Plaintiffs Caitlin Brice, Heddi N. Cundle, Isabelle Gmerek, Cynthia Gormezano, Kristen Hartmann, M.F. and his parent Therese Jimenez, Lisa T. Johnston, Oak Life Church, Saint Paulus Lutheran Church and Stacey Simins (collectively, "Plaintiffs"), and Defendant Zoom Video Communications, Inc. ("Zoom"), by and through their respective counsel of record, hereby jointly submit this Case Management Statement reporting on the progress and changes since the last statement was filed and making proposals for the remainder of the case development process.

## 1. PROGRESS SINCE LAST CASE MANAGEMENT STATEMENT

The Parties report that the only change since the last case management statement was filed on July 15, 2020, (Dkt. 112), is that Plaintiffs filed their Consolidated Amended Complaint on July 30, 2020.  Dkt. 114.

## 2. MOTIONS

There are no motions currently pending.  Zoom will file a Rule 12 motion in response to the amended consolidated complaint on or before September 14, 2020.

## 3. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and have taken reasonable and proportionate steps to preserve evidence relevant to the issues in these actions.  The Parties are actively meeting and conferring for the purposes of developing a joint protocol for the production of Electronically Stored Information ("ESI").  The Parties anticipate stipulating to a protocol governing ESI discovery in this matter.

## 4. DISCLOSURES

The Parties conferred pursuant to Rule 26(f) on July 7, 2020.  The Parties intend to serve their initial disclosures by no later than August 14, 2020.

## 5. DISCOVERY

The Parties have not yet commenced discovery. The Parties anticipate jointly proposing a Stipulated Protective Order, which will address privilege and confidentiality issues, as well as other issues related to discovery.

### Plaintiffs' Statement:

Plaintiffs intend to start discovery in the near future. The targeted areas of document discovery may include, but are not limited to, Zoom's sharing of user's personal information, Zoom's security and privacy measures, and Zoom's failure to investigate and disclose to users that Zoom had experienced failures related to its services and products. Plaintiffs anticipate needing more than ten (10) depositions.

### Zoom's Statement:

Zoom anticipates propounding written discovery to Plaintiffs and deposing Plaintiffs, possibly other unnamed putative class members, and any experts that Plaintiffs intend to present. The subject of Zoom's discovery may include, among other things, Plaintiffs' alleged purchase of Zoom's videoconferencing services, Plaintiffs' alleged use of those services, Plaintiffs' consent to any of the alleged actions complained of by Plaintiffs, the nature of any damages alleged by Plaintiffs, and issues related to class certification. Zoom believes the Parties should meet and confer as discovery evolves, should the need for more than ten (10) depositions arise.

## 6. SETTLEMENT AND ADR

Pursuant to ADR Local Rule 3-5 and Civil Local Rule 16-8, on July 7, 2020, the Parties have met and conferred regarding the available dispute resolution options and filed their respective ADR Certifications. The Parties have chosen private mediation from among the required options and will continue to meet and confer about potential mediators and the appropriate timing of mediation.

## 7. SCHEDULING

The Parties' respective positions on scheduling are set forth below. The Parties have had preliminary discussions and will continue to meet and confer on this issue.

**Plaintiffs' Position:**

Based on a proposed trial date of September 27, 2021, Plaintiffs propose the following deadlines, assuming discovery proceeds immediately in a cooperative manner:

| | |
|---|---|
| **Fact Discovery Cut Off:** | **April 30, 2021** |
| **Class Certification Motion due:** | **February 12, 2021** |
| Opposition: | **March 5, 2021** |
| Reply: | **March 19, 2021** |
| **Expert Disclosures:** | **May 18, 2021** |
| **Rebuttal Expert Disclosures:** | **June 1, 2021** |
| **Expert Discovery Cut Off:** | **June 15, 2021** |
| **Last Day to File Dispositive and Daubert Motions:** | **July 6, 2021** |
| Opposition: | **August 2, 2021** |
| Reply: | **August 23, 2021** |
| **Final Pretrial Conference:** | **September 13, 2021** |
| **Jury Trial:** | **September 27, 2021** |

**Zoom's Position**

Zoom's position is that it is premature to set specific deadlines for class certification, designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial until the Rule 12 motion is resolved and the scope of the operative complaint, if any, is clear. Zoom respectfully proposes that once the Court has finally resolved Zoom's Rule 12 motion(s), and assuming they do not fully dispose of the case, the parties promptly meet and confer to propose a schedule for the remainder of the case. In the alternative, Zoom would not be opposed to the Court setting the deadline for Plaintiffs to file their motion for class certification 240 days after the Court's final resolution of Zoom's Rule 12 motion(s), with appropriate attendant discovery deadlines.

8.   **TRIAL**

**Plaintiffs' Position:**

Plaintiffs have requested a jury trial.  Plaintiffs believe that the trial will last approximately 15 court days.

**Zoom's Position:**

Zoom reserves the right to demand a jury trial on any of Plaintiffs' claims.  In light of the early stage of this case, Zoom cannot presently estimate the length of trial, which will depend on the scope of the case after the Court's ruling on Zoom's anticipated Rule 12 motion, as well as on Plaintiffs' anticipated motion for class certification and Zoom's anticipated motion for summary judgment.

9.   **OTHER**

The Parties have no other issues to raise at this time.

Dated:  August 5, 2020          **AHDOOT & WOLFSON, PC**

                                By:  /s/  Tina Wolfson
                                        Tina Wolfson

Dated: August 5, 2020           **COTCHETT, PITRE & MCCARTHY LLP**

                                By:  /s/  Mark C. Molumphy
                                        Mark C. Molumphy

                                Interim Co-Lead Class Counsel

Dated:  August 5, 2020          **COOLEY LLP**
                                MICHAEL G. RHODES (116127)
                                TRAVIS LEBLANC (251097)
                                KATHLEEN R. HARTNETT (314267)
                                DANIELLE C. PIERRE (300567)
                                JOSEPH D. MORNIN (307766)
                                EVAN G. SLOVAK (319409)

                                By: /s/  Michael G. Rhodes
                                        Michael G. Rhodes (116127)

                                Attorneys for Defendant

                                ZOOM VIDEO COMMUNICATIONS, INC.

**FILER'S ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

Dated: August 5, 2020

*/s/ Mark C. Molumphy*
Mark C. Molumphy
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Email: mmolumphy@cpmlegal.com
*Interim Co-Lead Class Counsel*