UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 20-CV-02155-LHK<br><br>**ORDER PROPOSING CASE SCHEDULE** |

On August 5, 2020, the parties filed a joint case management statement in connection with their upcoming August 12, 2020 initial case management conference. ECF No. 115 ("JCMS"). The Court proposes the below case schedule through the close of fact discovery. The parties shall file any objections to the below schedule by Friday, August 7, 2020 at 2:00 p.m. If there are no objections, the Court will adopt the below schedule and continue the August 12, 2020 case management conference.

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | November 18, 2020 at 2:00 p.m. |
| Last day to file for Plaintiffs to file Motion for Class Certification | March 26, 2021 |
| Last day for Defendant to file Opposition to Motion for Class Certification | April 23, 2021 |
| Last day for Plaintiffs to file Reply in Support of Class Certification | May 7, 2021 |

1

Case No. 20-CV-02155-LHK
ORDER PROPOSING CASE SCHEDULE

| Hearing on Motion for Class Certification | May 27, 2021 at 1:30 p.m. |
|---|---|
| Close of fact discovery | August 28, 2021 |

**IT IS SO ORDERED.**

Dated: August 6, 2020

_____
LUCY H. KOH
United States District Judge