United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 20-CV-02155-LHK<br><br>**CASE MANAGEMENT ORDER** |

On August 6, 2020, the Court proposed the below case schedule and gave the parties until August 7, 2020 at 2:00 p.m. to object. No objections were filed by that deadline. Accordingly, the Court ADOPTS the below schedule and CONTINUES the August 12, 2020 case management conference to November 18, 2020 at 2:00 p.m.

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | November 18, 2020 at 2:00 p.m. |
| Last day to file for Plaintiffs to file Motion for Class Certification | March 26, 2021 |
| Last day for Defendant to file Opposition to Motion for Class Certification | April 23, 2021 |
| Last day for Plaintiffs to file Reply in Support of Class Certification | May 7, 2021 |
| Hearing on Motion for Class Certification | May 27, 2021 at 1:30 p.m. |
| Close of fact discovery | August 28, 2021 |

1

Case No. 20-CV-02155-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: August 7, 2020

_____
LUCY H. KOH
United States District Judge

2

Case No. 20-CV-02155-LHK
CASE MANAGEMENT ORDER