
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
DANIELLE C. PIERRE (300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (319409)
(eslovak@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION,<br><br>This Documents Relates To:<br>All Actions | Master Case No. 5:20-cv-02155-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZOOM VIDEO COMMUNICATIONS, INC.'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Date:           February 4, 2021<br>Time:          1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:         Hon. Lucy H. Koh |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING ZOOM'S
MOTION TO DISMISS
MASTER CASE NO. 5:20-CV-02155-LHK

Defendant Zoom Video Communications, Inc. ("Zoom") moved to dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("CAC") in its entirety on the grounds that Plaintiffs fail to state a claim for relief under Federal Rules of Civil Procedure 9(b) and 12(b)(6). Zoom also requested judicial notice of Exhibits 1-6 attached to the Declaration of Jacqueline Hill in Support of Zoom's Motion to Dismiss the CAC.

After considering the briefs, the arguments of counsel, and the evidence of record, the Court rules as follows: (1) Zoom's Request for Judicial Notice is GRANTED, and (2) Zoom's Motion to Dismiss is GRANTED in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2021

Hon. Lucy H. Koh
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING ZOOM'S
MOTION TO DISMISS
MASTER CASE NO. 5:20-CV-02155-LHK

233897857