COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
DANIELLE C. PIERRE (300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (319409)
(eslovak@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION,*<br><br>This Documents Relates To:<br><u>All Actions</u> | Master Case No. 5:20-cv-02155-LHK<br><br>**DECLARATION OF JACQUELINE HILL IN SUPPORT OF DEFENDANT ZOOM'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, Jacqueline Hill, declare as follows:

1. I am over eighteen years of age. I am a paralegal for Zoom Video Communications, Inc. ("Zoom").

2. The facts set forth herein are based upon my personal knowledge, or upon my review of the business records of Zoom, or from information transmitted by a person with knowledge of the facts described herein, and are kept in the regularly conducted business activity of such person and Zoom, and it is the regular practice of that business activity to make such records.

3. I understand that this Declaration will be submitted to the United States District Court for the Northern District of California and may be considered by that Court in connection with Zoom's Request for Judicial Notice in Support of Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

4. Whenever an individual chooses to register for a Zoom account, they are presented with the Terms of Service on their device and asked to click "Confirm." On that same screen, a potential registrant is also informed that: "By signing up, I agree to the Privacy Policy and Terms of Service." An individual cannot register for an account without clicking "Confirm," thereby agreeing to the Terms of Service.

5. Attached as **Exhibit 1** is a true and correct copy of the current Zoom Terms of Service, which is available on Zoom's website at https://zoom.us/terms (last visited September 14, 2020).

6. Zoom's Terms of Service expressly incorporates Zoom's Privacy Policy. Attached as **Exhibit 2** is a true and correct copy of the current Zoom Privacy Policy, which is available on Zoom's website at https://zoom.us/privacy (last visited September 14, 2020).

7. Attached as **Exhibit 3** is a true and correct copy of the July 2020 Zoom Privacy Policy, which was on Zoom's website and is now archived at https://web.archive.org/web/20200701131636/https://zoom.us/privacy (last visited September 14, 2020).

8. Attached as **Exhibit 4** is a true and correct copy of the March 29, 2020 Zoom Privacy Policy, which was on Zoom's website and is now is archived at

https://web.archive.org/web/ 20200331050320/https:/zoom.us/privacy (last visited September 14, 2020).

9. Attached as **Exhibit 5** is a true and correct copy of the March 18, 2020 Zoom Privacy Policy, which was on Zoom's website and is now archived at https://web.archive.org/web/ 20200321054647/https://zoom.us/privacy (last visited September 14, 2020).

10. Attached as **Exhibit 6** is a true and correct copy of the February 23, 2020 Zoom Privacy Policy, which was on Zoom's website and is now archived at https://web.archive.org/web/ 20200314182734/https://zoom.us/ privacy (last visited September 14, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020 in Billings, Montana.

Dated: September 14, 2020          By: *Jacqueline Hill*