Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
Theodore W. Maya, SBN 223242
*tmaya@ahdootwolfson.com*
Christopher E. Stiner, SBN 276033
*cstiner@ahdootwolfson.com*
Rachel R. JOHNSON, SBN 331351
*rjohnson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Case No. 5:20-cv-02155-LHK<br><br>**NOTICE OF APPEARANCE OF RACHEL R. JOHNSON**<br><br>[N.D. Cal. Civil L.R. 5-1(c)(2)] |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rachel R. Johnson of Ahdoot & Wolfson, PC hereby enters his appearance in this action on behalf of Plaintiffs.

Dated: October 14, 2020                               **AHDOOT & WOLFSON, PC**

                                                      By: */s/ Rachel R. Johnson*_____
                                                            Rachel R. Johnson
                                                      *Attorney for Plaintiffs*