TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    650.697.6000
Facsimile:    650.697.0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (SBN 251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (SBN 257225)
(bkleine@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (SBN 307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (SBN 319409)
(eslovak@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)

101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

Pursuant to L.R. 3-4(a), additional parties are listed on the signature page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:    Hon. Lucy H. Koh<br>Courtroom:    8 |

**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

WHEREAS, on May, 28, 2020, the Court granted a stipulation of the parties consolidating certain related actions under Federal Rule of Civil Procedure 42(a), setting a deadline for plaintiffs to file a consolidated complaint superseding all previously individually filed complaints no later than thirty (30) days following entry of an order appointing interim class counsel, and setting a deadline for defendants to answer, move or otherwise respond to the consolidated complaint no later than forty-five (45) days following service of the consolidated complaint [Dkt. No. 62];

WHEREAS, on June 30, 2020, the Court entered an order appointing Interim Co-Lead Counsel and Plaintiffs' Steering Committee [Dkt. No. 92];

WHEREAS, on July 30, 2020, Plaintiffs Saint Paulus Lutheran Church, Heddi N. Cundle, Lisa T. Johnston, Therese Jimenez, M.F., Kristen Hartmann, Isabelle Gmerek, Oak Life Church, Stacey Simins, Caitlin Brice, and Cynthia Gormezano (collectively, "Plaintiffs"), filed their Consolidated Amended Class Action Complaint against Defendant Zoom Video Communications [Dkt. No. 114] ("Consolidated Amended Complaint," which was the original Consolidated Class Action Complaint and erroneously named "Amended");

WHEREAS, on September 14, 2020, Zoom filed its Notice of Motion and Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") [Dkt. No. 120];

WHEREAS, Plaintiffs' deadline to respond to the Motion to Dismiss is October 14, 2020;

WHEREAS, the Motion to Dismiss is currently set for hearing on February 4, 2021;

WHEREAS, Plaintiffs and Zoom have met and conferred regarding issues related to the Motion to Dismiss, and have agreed that in order to focus the legal issues presented to the Court, and thereby conserve the parties' and judicial resources, the best course is to allow Plaintiffs to file a First Amended Consolidated Class Action Complaint on or before October 28, 2020;

NOW THEREFORE, Plaintiffs and Zoom through their respective counsel pursuant to Federal Rule of Civil Procedure 15(a)(2), and subject to the Court's approval, hereby stipulate that:

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
5:20-cv-02155-LHK

1. Zoom's Motion to Dismiss is withdrawn without prejudice to Zoom to refiling;

2. Plaintiffs are allowed to file the First Amended Consolidated Class Action Complaint on or before October 28, 2020;

3. Zoom will answer, move or otherwise respond to the First Amended Consolidated Class Action Complaint no later than December 2, 2020;

4. Plaintiffs will oppose any motion filed by Zoom in response to the First Consolidated Amended Class Action Complaint no later than December 30, 2020;

5. Zoom will file any reply in further support of any motion filed in response to the First Amended Consolidated Class Action Complaint no later than January 21, 2021;

6. Hearing for any motion filed in response to the First Amended Consolidated Class Action Complaint is set for February 4, 2021.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  October 14, 2020

**AHDOOT & WOLFSON, PC**

By:  /s/ Tina Wolfson
Tina Wolfson

Dated: October 14, 2020

**COTCHETT, PITRE & MCCARTHY LLP**

By:  /s/ Mark C. Molumphy
Mark C. Molumphy

Interim Co-Lead Class Counsel

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: October 14, 2020 | **COOLEY LLP**<br>MICHAEL G. RHODES (116127) |
| 4 | | TRAVIS LEBLANC (251097)<br>KATHLEEN R. HARTNETT (314267) |
| 5 | | BENJAMIN H. KLEINE (257225)<br>DANIELLE C. PIERRE (300567) |
| 6 | | JOSEPH D. MORNIN (307766)<br>EVAN G. SLOVAK (319409) |
| 7 | | KELSEY R. SPECTOR (321488) |
| 10 | | By: /s/ *Michael G. Rhodes*<br>    Michael G. Rhodes (116127) |
| 12 | | Attorneys for Defendant<br>ZOOM VIDEO COMMUNICATIONS, INC. |

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
5:20-cv-02155-LHK

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____        _____
                                Hon. Lucy H. Koh
                                United States District Judge

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
5:20-cv-02155-LHK

**FILER ATTESTATION**

I, Christopher E. Stiner, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael G. Rhodes, Mark C. Molumphy, and Tina Wolfson has concurred in this filing.

DATED: October 14, 2020                             /s/ Christopher E. Stiner
                                                                     Christopher E. Stiner