TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     650.697.6000
Facsimile:      650.697.0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (SBN 251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (SBN 257225)
(bkleine@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
JOSEPH D. MORNIN (SBN 307766)
(jmornin@cooley.com)
EVAN G. SLOVAK (SBN 319409)
(eslovak@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)

101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:      +1 415 693 2000
Facsimile:       +1 415 693 2222

*Attorneys for Defendant Zoom Video
Communications, Inc.*

Pursuant to L.R. 3-4(a), additional parties are
listed on the signature page.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**DECLARATION OF TINA WOLFSON PURSUANT TO LOCAL RULE 6-2**<br><br>Judge:          Hon. Lucy H. Koh<br>Courtroom:    8 |

**<u>DECLARATION OF TINA WOLFSON PURSUANT TO LOCAL RULE 6-2</u>**

I, Tina Wolfson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true:

1.      I am an attorney duly licensed to practice before all courts of the State of California, this Court, as well as other state and federal courts. I am a founding member of the law firm Ahdoot & Wolfson, PC ("AW"), founded in 1998, and I have litigated complex consumer class actions for two decades. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify regarding those matters. I respectfully submit this Declaration in support of the parties' Joint Stipulation and [Proposed] Order to Allow Plaintiffs to File a First Amended Consolidated Class Action Complaint, and in accordance Local Rule 6-2.

2.      On July 17, 2020, the Court issued an Order Adopting Proposed Briefing Schedule; Denying Request to Stay Discovery; Continuing Case Management Conference ("Scheduling Order") [Dkt. No. 113]. The Scheduling Order required: a consolidated amended complaint to be filed on or before July 30, 2020; any motion to dismiss to be filed on or before September 14, 2020; and any opposition to the motion to dismiss to be filed on or before October 14, 2020.

3.      On July 30, 2020, Plaintiffs Saint Paulus Lutheran Church, Heddi N. Cundle, Lisa T. Johnston, Therese Jimenez, M.F., Kristen Hartmann, Isabelle Gmerek, Oak Life Church, Stacey Simins, Caitlin Brice, and Cynthia Gormezano (collectively, "Plaintiffs"), filed their Consolidated Amended Class Action Complaint against Defendant Zoom Video Communications ("Zoom") [Dkt. No. 114].

4.      On September 14, 2020, Zoom filed its Notice of Motion and Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") [Dkt. No. 120].

5.      Plaintiffs' deadline to respond to the Motion to Dismiss is October 14, 2020.

6.      The Motion to Dismiss is currently set for hearing on February 4, 2021.

7.      By stipulation the parties seek to withdraw Zoom's Motion to Dismiss, allow Plaintiffs to file the First Amended Consolidated Class Action Complaint on or before October 28, 2020, and allow Zoom to answer, move or otherwise respond to the First Amended Consolidated

Class Action Complaint on or before December 2, 2020 (with Plaintiffs' opposition to any motion due on December 30, 2020, and Zoom's reply in support of any motion due on January 21, 2021).

8.      Plaintiffs and Zoom have met and conferred regarding issues related to the Motion to Dismiss, and have agreed that in order to focus the legal issues presented to the Court, and thereby conserve the parties' and judicial resources, the best course is to allow Plaintiffs to file a First Amended Consolidated Class Action Complaint. This requires modification of the deadlines set by the Court's July 17, 2020 Scheduling Order. [Dkt. No. 113].

9.      No other time modifications have occurred in this matter at the request of the parties since the Court's July 17, 2020 Scheduling Order, whether by stipulation or court order.

10.     Any newly filed motion to dismiss will retain the same hearing date of February 4, 2021. Accordingly, the case schedule should be unaffected.


I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of October, 2020 in Los Angeles, California.


Tina Wolfson

DECLARATION OF TINA WOLFSON
5:20-cv-02155-LHK