1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   MARIE MCCRARY (State Bar No. 262670)
3  100 Pine Street, Suite 1250
4  San Francisco, California 94111
   Telephone: (415) 271-6469
5  Facsimile: (415) 449-6469

6  Attorneys for Plaintiffs

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION
10

11 |                                              | MASTER FILE NO. 5:20-cv-02155-LHK |
   | *IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION* | **PLAINTIFF ROBERT LAWTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

1 | PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2 | Civil Procedure, Plaintiff Robert Lawton hereby voluntarily dismisses without prejudice all his
3 | claims in this action against Zoom Video Communications, Inc.

Dated: October 30, 2020            **GUTRIDE SAFIER LLP**

/s/ Marie A. McCrary
_____
Marie A. McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs