United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ZOOM VIDEO
COMMUNICATIONS, INC. PRIVACY
LITIGATION

Case No. 20-cv-02155-LHK   (SVK)

**ORDER REGARDING JOINT STATEMENT REGARDING DISCOVERY DISPUTES**

Re: Dkt. No. 135

The Parties submitted a Joint Statement Regarding Discovery Disputes on December 7, 2020. Dkt. 135. The Parties also submitted competing exhibits with each side's preferred language for a protective order and a 502(d) order. Dkts. 135-1–135-4. The Court ORDERS as follows:

1. The Parties are to submit a single Protective Order in Word document format, redlined to reflect where the Parties have agreed to modify the Court's Model Protective Order. Where the Parties disagree on modifications, they are to clearly indicate in the document Plaintiffs' proposed language or deletions followed by Defendants' proposed language or deletions.

2. The Parties are to submit a single Federal Rule of Evidence 502(d) Order in Word document format, highlighting only the areas where the Parties disagree, clearly indicating Plaintiffs' proposed language or deletions followed by Defendants' proposed language or deletions.

////

////

////

Both submissions are to be filed and emailed to the undersigned's Court Room Deputy (Justine_Fanthorpe@cand.uscourts.gov) no later than **noon on December 14, 2020**.

**SO ORDERED.**

Dated: December 10, 2020

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge