TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     650.697.6000
Facsimile:     650.697.0577

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION,<br><br><br>This Document Relates To: All Actions | Master File No. 5:20-cv-02155-LHK<br><br>**NOTICE OF FILING IN RESPONSE TO COURT ORDER DATED DECEMBER 10, 2020**<br><br>Hon. Susan Van Keulen |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THE COURT:**

Please take notice that, in response to the Court's Order dated December 10, 2020 (Dkt. 136), Plaintiffs' hereby file the attached (a) single Protective Order redlined to reflect where the Parties have agreed to modify the Court's Model Protective Order, and to clearly indicate Plaintiffs' proposed language or deletions followed by Defendants' proposed language or deletions; and (b) single Federal Rule of Evidence 502(d) Order indicating Plaintiffs' proposed language or deletions followed by Defendants' proposed language or deletions.  These documents have been negotiated and agreed upon with defense counsel and, contemporaneously with this filing, will be emailed to <Justine_Fanthorpe@cand.uscourts.gov>.

Respectfully submitted,

Dated:  December 14, 2020

**AHDOOT & WOLFSON, PC**

By:   */s/ Theodore Maya*
        Theodore Maya

Interim Co-Lead Class Counsel

- 1 -