UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Case No. 20-cv-02155-LHK   (SVK)<br><br>**ORDER REGARDING PROTECTIVE ORDER AND FRE 502 DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 135, 137 |

Having considered the Joint Statement Regarding Discovery Disputes and related exhibits (Dkts. 135, 137) and the relevant law, the Court finds that oral argument is not necessary. Regarding the Protective Order, the Court largely adopts the provisions of this District's Model Protective Order, as it is inherently reasonable and has been found to serve the needs of litigants in this District, even class action plaintiffs, very well. To the extent any dispute presented to the Court arises out of a departure from the Model Protective Order, in the circumstances of this case the Court is not persuaded. The Court has made its own edits as it deems appropriate and to comport with its Civil Scheduling & Discovery Standing Order, which are shown in redline in the attached exhibit at Sections 6.3 and 7.4. Regarding the Federal Rule of Evidence 502(d) Order, the Court adopts Defendant's language or deletions in paragraphs 4, 6, and 11 (which is now paragraph 10), as they most effectively meet the objectives of Federal Rule of Evidence 502.

////

////

////

////

////

In keeping with common practice in this District and this Court's Standing Order, the Court adopts Plaintiff's proposal in paragraph 14 (which is now paragraph 13).

**SO ORDERED.**

Dated: December 16, 2020

                                                                                                   _____
SUSAN VAN KEULEN
United States Magistrate Judge