1  MARK C. MOLUMPHY (SBN 168009)
   mmolumphy@cpmlegal.com
2  TYSON C. REDENBARGER (SBN 294424)
   tredenbarger@cpmlegal.com
3  NOORJAHAN RAHMAN (SBN 330572)
   nrahman@cpmlegal.com
4  JULIA Q. PENG (SBN 318396)
   jpeng@cpmlegal.com
5  **COTCHETT, PITRE & MCCARTHY, LLP**
6  840 Malcolm Road
   Burlingame, California 94010
7  Telephone:    (650) 697-6000
   Facsimile:    (650) 697-0577
8
9  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | CASE NO: 5:20-cv-02155-LHK |
|---|---|
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| | Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1   PLEASE TAKE NOTICE that Anya N. Thepot hereby is withdrawn as counsel for
2   Plaintiffs. Ms. Anya Thepot is no longer an attorney with the firm Cotchett, Pitre & McCarthy,
3   LLP and no longer represents Plaintiffs in this matter.

5   Dated: February 8, 2021

/s/ Mark C. Molumphy
Mark C. Molumphy
mmolumphy@cpmlegal.com
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Interim Co-Lead Counsel for Plaintiffs*