Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re Zoom Video Communications, Inc.
Privacy Litigation

                 Plaintiff(s),

    v.

                 Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No:  20-cv-02155-LHK

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew W. Ferich, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Tina Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ahdoot & Wolfson, PC, 201 King of Prussia Rd. Suite 650, Radnor, PA 19087 | Ahdoot & Wolfson, PC, 2600 W. Olive Ave., Suite 500, Burbank, CA 91505 |
| MY TELEPHONE # OF RECORD: (310) 474-9111 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 474-9111 |
| MY EMAIL ADDRESS OF RECORD: aferich@ahdootwolfson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: twolfson@ahdootwolfson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 313696.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/03/21

                              Andrew W. Ferich
                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew W. Ferich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2021

                           *Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE