COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION*, <br><br> This Documents Relates To: <br> <u>All Actions          </u>/ | Master Case No. 5:20-cv-02155-LHK <br><br> **[PROPOSED] ORDER GRANTING ZOOM VIDEO COMMUNICATIONS, INC.'S MOTION PURSUANT TO CIVIL L.R. 6-3 TO ADJUST CASE DEADLINES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO
ADJUST CASE DEADLINES
MASTER CASE NO. 5:20-CV-02155-LHK

# [PROPOSED] ORDER

**HAVING CONSIDERED** Defendant Zoom Video Communications, Inc.'s ("Zoom") Motion pursuant to Civil Local Rules 6-1 and 6-3, and Federal Rule of Civil Procedure 16(b)(4) to adjust case deadlines, the submissions by counsel in support thereof, and the pleadings on file in this matter, and good cause appearing therefore, the Court **HEREBY GRANTS** Zoom's Motion to Adjust Case Deadlines.

The case schedule is revised with the following deadlines:

| Event | Current Case Schedule | Revised Case Schedule |
| --- | --- | --- |
| Zoom to complete production of items agreed to on 2/5 | April 9, 2021 | 7 days after order on MTD SAC (subject to M&C regarding then-existing case scope)* |
| Plaintiffs' Last Day to File SAC | April 12, 2021 | April 12, 2021 |
| Zoom's MTD SAC Due | April 26, 2021 | May 10, 2021 |
| Plaintiffs' MTD Opp. Due | May 10, 2021 | June 7, 2021 |
| Zoom's MTD Reply Due | May 17, 2021 | June 21, 2021 |
| MTD Hearing (earliest) | June 3, 2021 | TBD |
| End of Discovery Stay | None | Upon ruling on MTD SAC |
| Answer SAC | None | 28 days after ruling on MTD SAC |
| Plaintiffs' Class Cert Motion | June 25, 2021 | 60 days after ruling on MTD SAC |
| Zoom's Opp. to Class Cert | August 13, 2021 | 7 weeks after Class Cert Motion |
| Plaintiffs' Class Cert Reply | September 3, 2021 | 3 weeks after Class Cert Response |
| Class Cert Hearing | September 23, 2021 | TBD |
| Fact Discovery Close | October 29, 2021 | 120 days after order on MTD SAC |

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE