TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505-4521
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    650.697.6000
Facsimile:    650.697.0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (SBN 251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (SBN 257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><u>All Actions//</u> | Master Case No. 5:20-cv-02155-LHK<br><br>**JOINT STIPULATION AND [**P~~ROPOSED~~**] ORDER TO EXTEND CASE DEADLINES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [P~~ROPOSED~~] ORDER
TO EXTEND CASE DEADLINES
MASTER CASE NO. 5:20-CV-02155-LHK

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Zoom Video Communications, Inc. ("Zoom") (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, the Parties are engaged in continued mediation before the Hon. Jay C. Gandhi (Ret.), which began in November 2020, and have reached agreement on certain material terms of a settlement;

WHEREAS, the Parties intend to complete settlement negotiations, finalize the details of a settlement, formally memorialize the settlement, and present the settlement to the Court for approval as expeditiously as possible;

WHEREAS, Zoom's deadline to complete production of certain documents Zoom had committed to produce is currently set for April 9, 2021 ("the interim production deadline," ECF No. 162);

WHEREAS, Plaintiffs' deadline to file a SAC is currently set for April 12, 2021 ("the SAC deadline," ECF No. 168 at 40);

WHEREAS, on February 23, 2021, the Court approved the Parties' stipulation extending the deadline for Plaintiffs to file for class certification and extending related deadlines (ECF No. 162);

WHEREAS, on March 23, 2021, the Parties stipulated that Zoom's deadline to answer the First Amended Consolidated Class Action Complaint ("FAC") is 21 days after the deadline for Plaintiffs to file a Second Amended Consolidated Class Action Complaint ("SAC") has expired (ECF No. 169);

WHEREAS, on April 5, 2021, the Court denied Zoom's opposed motions to enter a revised case schedule and stay discovery (ECF No. 174);

WHEREAS, on April 7, 2021, the Court ordered Zoom to immediately resume its rolling production and ordered the Parties to meet and confer with respect to search terms to be applied for Zoom's production of electronically stored information (ECF No. 175);

WHEREAS, the Parties are engaged in meeting and conferring on which documents Zoom

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES
MASTER CASE NO. 5:20-CV-02155-LHK

should prioritize for production by the interim production deadline, and

WHEREAS, the instant stipulation is jointly submitted by the parties and would not stay discovery but would extend two immediate deadlines to facilitate the Court-ordered negotiations on discovery, to allow further negotiation between the Parties regarding discovery scope including with respect to the documents to be produced by Zoom by the interim production deadline, and to further facilitate efforts at negotiating and finalizing a settlement agreement and presenting the Court with a motion for preliminary approval;

NOW THEREFORE, Plaintiffs and Zoom through their respective counsel, pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, hereby stipulate as follows:

1. The interim production deadline is extended to May 10, 2021 and the scope of this production may be modified by the agreement of the Parties;
2. Plaintiffs' SAC deadline is extended until May 12, 2021;
3. All other deadlines shall remain the same.

**IT IS SO STIPULATED.**

Dated: April 7, 2021						ADHOOT & WOLFSON, PC
							By: */s/ Tina Wolfson*
							Tina Wolfson (174806)

							Interim Co-Lead Counsel

Dated: April 7, 2021						COTCHETT, PITRE & MCCARTHY LLP
							By: */s/ Mark C. Molumphy*
							Mark C. Molumphy (168009)

							Interim Co-Lead Counsel

Dated: April 7, 2021						COOLEY LLP
							By: */s/ Michael G. Rhodes*
							Michael G. Rhodes (116127)
							Attorneys for Defendant
							ZOOM VIDEO COMMUNICATIONS, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES
MASTER CASE NO. 5:20-CV-02155-LHK

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IS SO ORDERED

Dated: April 8, 2021

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND CASE DEADLINES
MASTER CASE NO. 5:20-CV-02155-LHK