TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505-4521
Tel:   (310) 474-9111
Fax:   (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:   (650) 697 6000
Facsimile:   (650) 697.0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION,*<br><br>This Documents Relates To:<br><u>All Actions         //</u> | Master Case No. 5:20-cv-02155-LHK<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ZOOM VIDEO COMMUNICATIONS INC. TO RESPOND TO THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Lucy H. Koh |

250672158

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO SAC
MASTER CASE NO. 5:20-CV-02155-LHK

**STIPULATION**

Pursuant to Civil Local Rules 6-1(a), Plaintiffs and Defendant Zoom Video Communications, Inc. ("Zoom") (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Second Amended Consolidated Class Action Complaint ("SAC") on May 12, 2021 (ECF No. 179);

WHEREAS, Zoom's current deadline to answer or otherwise respond to the SAC is May 26, 2021;

WHEREAS, the Parties have agreed that Zoom's deadline to answer or otherwise respond to the SAC shall be extended to June 25, 2021;

WHEREAS, the above deadline does not alter the date of any event or any deadline that is already fixed by Court order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties as follows:  Zoom's deadline to answer or otherwise respond to the SAC is June 25, 2021.

**IT IS SO STIPULATED.**


Dated: May 20, 2021                                  ADHOOT & WOLFSON, PC


By: */s/ Tina Wolfson*
Tina Wolfson (174806)

Interim Co-Lead Counsel


Dated: May 20, 2021                                  COTCHETT, PITRE & MCCARTHY LLP


By: */s/ Mark C. Molumphy*
Mark C. Molumphy (168009)

Interim Co-Lead Counsel

Cooley LLP
Attorneys at Law
San Francisco

250672158

2

Joint Stipulation to Extend Time to Respond to SAC
Master Case No. 5:20-cv-02155-LHK

| | |
|---|---|
| Dated: May 20, 2021 | COOLEY LLP |
| | By: */s/ Michael G. Rhodes* |
| | Michael G. Rhodes (116127) |
| | Attorneys for Defendant |
| | ZOOM VIDEO COMMUNICATIONS, INC. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

250672158

3

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO SAC
MASTER CASE NO. 5:20-CV-02155-LHK

**FILER ATTESTATION**

I, Michael G. Rhodes, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on May 20, 2021, in San Francisco, California.

*/s/ Michael G. Rhodes*
Michael G. Rhodes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

250672158

4

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO SAC
MASTER CASE NO. 5:20-CV-02155-LHK