TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
BRADLEY K. KING (SBN 274399)
bking@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
TRAVIS LEBLANC (SBN 251097)
tleblanc@cooley.com
KATHLEEN R. HARTNETT (SBN 314267)
khartnett@cooley.com
BENJAMIN H. KLEINE (SBN 257225)
bkleine@cooley.com
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC Date:  June 16, 2021<br>CMC Time:  2:00 pm<br>Judge:  Hon. Lucy H. Koh<br>Courtroom:  8 |

## JOINT CASE MANAGEMENT STATEMENT

In accordance with the Court's "Set Deadlines/Hearings per [ECF No. 181] Order," Plaintiffs and Defendant Zoom Video Communications, Inc. ("Zoom" or "Defendants"), by and through their respective counsel of record, hereby jointly submit this Joint Case Management Statement reporting on events since the last statement was filed on May 12, 2021, (ECF No. 180).

### 1. PROGRESS SINCE LAST CASE MANAGEMENT STATEMENT

The parties are completing settlement negotiations and working towards finalizing the settlement. Assuming the parties are able to formally memorialize the settlement, Plaintiffs anticipate filing a motion for preliminary approval shortly thereafter.

### 2. AMENDMENT OF PLEADINGS

Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("SAC") on May 12, 2021 (ECF No. 179).

### 3. MOTIONS

As mentioned above, the parties have made substantial progress towards settlement and Plaintiffs anticipate filing a motion for preliminary approval shortly after the settlement is finalized.

Prior to June 25, 2021, the parties will file a Stipulation and Proposed Order requesting that all case deadlines be vacated, including Plaintiffs' June 25, 2021 deadline for filing their class certification motion and the stipulated deadline of June 25, 2021 for Zoom to respond to the SAC (ECF No. 183).

### 4. DISCOVERY

The parties continue to engage in necessary discovery.

### 5. SETTLEMENT AND ADR

The parties had an additional half-day mediation session before the Hon. Jay C. Gandhi (Ret.) on May 19, 2021, as well as subsequent calls with Judge Gandhi and amongst themselves, continue to engage in settlement negotiations, and are working towards finalizing a settlement.

## 6. SCHEDULING

Assuming the parties are able to formally memorialize the settlement, Plaintiffs anticipate filing a motion for preliminary approval shortly thereafter.  The parties will file a Stipulation and Proposed Order requesting that all case deadlines be vacated in advance of June 25, 2021.

## 7. OTHER

The Parties have no other issues to raise at this time.

Dated:  June 9, 2021

**AHDOOT & WOLFSON, PC**

By:  */s/   Tina Wolfson*
      Tina Wolfson

Dated: June 9, 2021

**COTCHETT, PITRE & MCCARTHY LLP**

By:  */s/   Mark C. Molumphy*
      Mark C. Molumphy

Interim Co-Lead Class Counsel

Dated:  June 9, 2021

**COOLEY LLP**
MICHAEL G. RHODES
TRAVIS LEBLANC
KATHLEEN R. HARTNETT
BENJAMIN H. KLEINE

By: */s/ Michael G. Rhodes*
      Michael G. Rhodes (116127)

Attorneys for Defendant

ZOOM VIDEO COMMUNICATIONS, INC.

**FILER'S ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

Dated: June 9, 2021                    /s/ Mark C. Molumphy
                                       Mark C. Molumphy
                                       COTCHETT, PITRE & MCCARTHY, LLP
                                       840 Malcolm Road, Suite 200
                                       Burlingame, California 94010
                                       Telephone: (650) 697-6000
                                       Email: mmolumphy@cpmlegal.com
                                       *Interim Co-Lead Class Counsel*