TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
RACHEL JOHNSON (SNB 331351)
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505-4521
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (SNB 251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (SBN 257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION,<br><br>This Document Relates To: All Actions | Master Case No. 5:20-cv-02155-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>Judge:    Hon. Lucy H. Koh<br>Courtroom:    8 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Zoom Video Communications, Inc. ("Zoom") (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on April 7, 2021, the Parties first reported that they had reached agreement on certain material terms of a settlement and intended to complete settlement negotiations (ECF No. 176);

WHEREAS, on May 11, 2021, the Parties reported that since the April Stipulation, they had engaged in continued negotiations and, having made substantial progress, expected to conclude those negotiations shortly (ECF No. 178);

WHEREAS, on June 17, 2021, the Parties indicated that they anticipated being able to file a Motion for Preliminary Approval by July 16, 2021 (ECF No. 186);

WHEREAS, since June 17, 2021, the Parties have diligently continued negotiations and now have a nearly final settlement agreement, but require additional time to (a) agree upon a settlement administrator in light of the competing bids received to date and complete work with the settlement administrator on the specifics of the notice and claims process so that it is the best practicable under the circumstances and (b) finalize the notice documents, claim forms, and proposed orders to be attached to the settlement agreement and filed with the Motion for Preliminary Approval;

WHEREAS, the Parties are cognizant and appreciative that the Court has accommodated the Parties' previous requests for extensions as they finalize the settlement;

WHEREAS, the Parties are confident they will be able to file the Settlement and Motion for Preliminary Approval on or before July 30, 2021;

WHEREAS, the Court currently has set the following deadlines and dates:

    (i) Plaintiffs' Motion for Class Certification: July 23, 2021;

    (ii) Zoom's responsive pleading to the Second Amended Complaint: July 23, 2021;

    (iii) Zoom's Opposition to Plaintiffs' Class Certification Motion: September 10, 2021;

    (iv) Last day for Plaintiffs to file a Reply in Support of a Motion for Class Certification: September 31, 2021;

|   |   |   |
|---|---|---|
| (v) | The hearing on Plaintiffs' Motion for Class Certification: October 21, 2021 at 1:30 p.m.; |
| (vi) | Joint Case Management Statement: July 28, 2021; |
| (vii) | Further Case Management Conference on August 4, 2021; |

WHEREAS, given that the Parties are confident that Plaintiffs will be able to file a Motion for Preliminary Approval of a settlement agreement by July 30, 2021, the Parties agree that it would be appropriate for the Court to order that the Parties file any Motion for Preliminary Approval by July 30, 2021 and to vacate the deadlines for Plaintiffs' Motion for Class Certification and related deadlines and Zoom's response to the SAC, pending approval of the Parties' settlement, and for the Court to set a Hearing for the Motion for Preliminary Approval on September 9, 2021 at 1:30 p.m.;

WHEREAS, alternatively, if the court denies the Parties' request to vacate the above-mentioned deadlines, good cause also exists to continue these deadlines given that the Parties are so close to finalizing a settlement agreement to be presented to the Court in Plaintiffs' Motion for Preliminary Approval and that the Parties efforts are best spent on finalizing the settlement rather than on other litigation efforts;

NOW THEREFORE, Plaintiffs and Zoom through their respective counsel, pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, hereby stipulate and agree as follows:

1. Plaintiffs shall file the Motion for Preliminary Approval of the settlement agreement by July 30, 2021;

2. The hearing for the Motion for Preliminary Approval of the settlement shall take place on September 9, 2021 at 1:30 p.m.

3. All deadlines related to class certification are vacated.  Such deadlines include the deadline for Plaintiffs' Motion for Class Certification (July 23, 2021), Zoom's Opposition to Plaintiffs' Motion for Class Certification (September 10, 2021), Plaintiffs' Reply thereto (September 30, 2021), and the hearing on Plaintiffs' Motion for Class Certification (October 14, 2021);

4. Zoom's July 23, 2021 deadline to answer or otherwise respond to the SAC is vacated;

5. The Further Case Management Conference set for August 4, 2021 and Joint Case Management Statement filing deadline of July 28, 2021 are vacated;

6. These dates will be reset in the event the Parties' settlement is not finalized or not approved by the Court.

Alternatively, if the Court denies the Parties' request to vacate the above-mentioned deadlines, Plaintiffs and Zoom through their respective counsel, hereby stipulate and agree as follows:

1. Last day for Plaintiffs to file the Motion for Preliminary Approval of the settlement agreement is July 30, 2021;

2. The hearing on Plaintiffs Motion for Preliminary Approval is September 9, 2021

3. Last day for Zoom to answer or otherwise respond to the SAC is November 9, 2021;

4. Last day for Plaintiffs to file a Motion for Class Certification is November 9, 2021;

5. Last day for Zoom to file an Opposition to Plaintiffs' Class Certification Motion is December 22, 2021;

6. Last day for Plaintiffs to file a Reply in support of a Motion for Class Certification is January 14, 2022;

7. The hearing on Plaintiffs' Motion for Class Certification is set for February 3, 2022 at 1:30 p.m.;

8. The Further Case Management Conference scheduled for August 4, 2021 is continued to August 18, 2021 at 2:00 p.m., and the Joint Case Management Statement deadline of July 28, 2021 is continued to August 11, 2021.

9. All other deadlines shall remain the same.

IT IS SO STIPULATED

Dated: July 19, 2021                **AHDOOT & WOLFSON, PC**

                                     By: */s/ Tina Wolfson*
                                         Tina Wolfson

Dated: July 19, 2021                **COTCHETT, PITRE & MCCARTHY LLP**

                                     By: */s/ Mark C. Molumphy*
                                         Mark C. Molumphy

                                     Interim Co-Lead Class Counsel

- 3 -

Dated: July 19, 2021            **COOLEY LLP**

By: /s/ Michael G. Rhodes
Michael G. Rhodes

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

**FILER ATTESTATION**

I, Tina Wolfson, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on July 19, 2021 in Los Angeles, California.

/s/ Tina Wolfson
Tina Wolfson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
Hon. Lucy H. Koh
United States District Judge