TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
BRADLEY K. KING (SBN 274399)
bking@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Co-Lead Class Counsel*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
TRAVIS LEBLANC (SBN 251097)
tleblanc@cooley.com
KATHLEEN R. HARTNETT (SBN 314267)
khartnett@cooley.com
BENJAMIN H. KLEINE (SBN 257225)
bkleine@cooley.com
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

*Attorneys for Defendant Zoom Video
Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC Date:   August 4, 2021<br>CMC Time:   2:00 pm<br>Judge:           Hon. Lucy H. Koh<br>Courtroom:   8 |

**JOINT CASE MANAGEMENT STATEMENT**

Plaintiffs and Defendant Zoom Video Communications, Inc. ("Zoom" or "Defendants"), by and through their respective counsel of record, hereby jointly submit this Joint Case Management Statement in advance of the August 4, 2021 Case Management Conference.

**1.      PROGRESS SINCE LAST CASE MANAGEMENT STATEMENT**

The parties have finalized the settlement.  Plaintiffs filed their Motion for Preliminary Approval on July 31, 2021, the same day this statement was filed.

**2.      AMENDMENT OF PLEADINGS**

Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("SAC") on May 12, 2021 (ECF No. 179).

**3.      MOTIONS**

As mentioned above, the Plaintiffs filed a Motion for Preliminary Approval on July 31, 2021. The hearing on Plaintiffs' Motion for Preliminary Approval is set on October 21, 2021 at 1:30 p.m (see ECF No. 189).

**4.      DISCOVERY**

The parties have stayed discovery pending the resolution of Plaintiffs' Motion for Preliminary Approval.

**5.      SETTLEMENT AND ADR**

The parties have finalized the settlement.

**6.      SCHEDULING**

Plaintiffs filed a Motion for Preliminary Approval on July 31, 2021.  The hearing on Plaintiffs' Motion for Preliminary Approval is set on October 21, 2021 at 1:30 p.m (see ECF No. 189).  A case management conference is scheduled for August 4, 2021 at 2 p.m.  *Id*.

**7.      OTHER**

The Parties have no other issues to raise at this time.

| | |
|---|---|
| Dated: July 31, 2021 | **AHDOOT & WOLFSON, PC** |
| | By: */s/ Tina Wolfson* |
| | Tina Wolfson |
| Dated: July 31, 2021 | **COTCHETT, PITRE & MCCARTHY LLP** |
| | By: /s/ *Mark C. Molumphy* |
| | Mark C. Molumphy |
| | Interim Co-Lead Class Counsel |
| Dated: July 31, 2021 | **COOLEY LLP** |
| | MICHAEL G. RHODES |
| | TRAVIS LEBLANC |
| | KATHLEEN R. HARTNETT |
| | BENJAMIN H. KLEINE |
| | By: /s/ *Michael G. Rhodes* |
| | Michael G. Rhodes (116127) |
| | Attorneys for Defendant |
| | ZOOM VIDEO COMMUNICATIONS, INC. |

**FILER'S ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

Dated: July 31, 2021

*/s/ Mark C. Molumphy*
Mark C. Molumphy
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Email: mmolumphy@cpmlegal.com

*Interim Co-Lead Class Counsel*