COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION*,<br><br>This Documents Relates To:<br><u>All Actions        /</u> | Master Case No. 5:20-cv-02155-LHK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL DANIELLE C. PIERRE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF COUNSEL
DANIELLE C. PIERRE
MASTER CASE NO. 5:20-CV-02155-LHK

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Danielle C. Pierre is no longer affiliated with Cooley LLP, and as such, the firm hereby withdraws her appearance in the above captioned matter as counsel for defendant Zoom Video Communications, Inc., and further requests that (a) her name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to dpierre@cooley.com in the above-captioned case. All remaining Cooley LLP attorneys shall continue to receive notices.

Dated: October 7, 2021                                         COOLEY LLP


                                                               By: */s/ Michael G. Rhodes*
                                                                     Michael G. Rhodes (116127)

                                                               Attorneys for Defendant
                                                               ZOOM VIDEO COMMUNICATIONS, INC.

256852693

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL OF COUNSEL
DANIELLE C. PIERRE
MASTER CASE NO. 5:20-CV-02155-LHK