COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION*,<br><br>This Documents Relates To:<br><u>All Actions          /</u> | Master Case No. 5:20-cv-02155-LHK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL EVAN G. SLOVAK** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF COUNSEL
EVAN G. SLOVAK
MASTER CASE NO. 5:20-CV-02155-LHK

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Evan G. Slovak is no longer affiliated with Cooley LLP, and as such, the firm hereby withdraws his appearance in the above captioned matter as counsel for defendant Zoom Video Communications, Inc., and further requests that (a) his name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to eslovak@cooley.com in the above-captioned case. All remaining Cooley LLP attorneys shall continue to receive notices.

Dated: October 7, 2021                             COOLEY LLP


By: /s/ Michael G. Rhodes
Michael G. Rhodes (116127)

Attorneys for Defendant
ZOOM VIDEO COMMUNICATIONS, INC.

256862027

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL OF COUNSEL
EVAN G. SLOVAK
MASTER CASE NO. 5:20-CV-02155-LHK