| | |
|---|---|
| TINA WOLFSON (SBN 174806) | **COOLEY LLP** |
| twolfson@ahdootwolfson.com | MICHAEL G. RHODES (SBN 116127) |
| THEODORE MAYA (SBN 223242) | (rhodesmg@cooley.com) |
| tmaya@ahdootwolfson.com | TRAVIS LEBLANC (SNB 251097) |
| CHRISTOPHER STINER (SBN 276033) | (tleblanc@cooley.com) |
| cstiner@ahdootwolfson.com | KATHLEEN R. HARTNETT (SBN 314267) |
| RACHEL JOHNSON (SNB 331351) | (khartnett@cooley.com) |
| rjohnson@ahdootwolfson.com | BENJAMIN H. KLEINE (SBN 257225) |
| **AHDOOT & WOLFSON, PC** | (bkleine@cooley.com) |
| 2600 W. Olive Avenue, Suite 500 | 3 Embarcadero Center, 20th Floor |
| Burbank, California 91505-4521 | San Francisco, California 94111-4004 |
| Tel: (310) 474-9111 | Telephone:   +1 415 693 2000 |
| Fax: (310) 474-8585 | Facsimile:   +1 415 693 2222 |

*Attorneys for Defendant Zoom Video Communications, Inc.*

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     650.697.6000
Facsimile:      650.697.0577

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. 5:20-cv-02155-LHK<br><br>**NOTICE**<br><br>Judge:         Hon. Lucy H. Koh<br>Courtroom:  8 |

1  Pursuant to the court's instructions at the preliminary approval hearing held on October 21, 2021, the parties hereby submit the attached revised claim from which replaces Exhibit A to the Settlement Agreement (ECF #191-1 at 78-41).

Dated: October 21, 2021

**AHDOOT & WOLFSON, PC**

By: /s/ Tina Wolfson
   Tina Wolfson

Dated: October 21, 2021

**COTCHETT, PITRE & MCCARTHY LLP**

By: /s/ Mark C. Molumphy
   Mark C. Molumphy

Interim Co-Lead Class Counsel

Dated: October 21, 2021

**COOLEY LLP**
MICHAEL G. RHODES (116127)
TRAVIS LEBLANC (251097)
KATHLEEN R. HARTNETT (314267)
BENJAMIN H. KLEINE (257225)

By: /s/ Benjamin H. Kleine
   Benjamin H. Kleine (257225)

Attorneys for Defendant

ZOOM VIDEO COMMUNICATIONS, INC.

- 2 -

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: October 21, 2021               COOLEY LLP

                                      By: /s/ Benjamin H. Kleine
                                          Benjamin H. Kleine

                                      Attorney for Defendant
                                      ZOOM VIDEO COMMUNICATIONS, INC.

258579575