Peter Matthies
424 E Micheltorena St.
Santa Barbara, CA 93101
peter@petermatthies.com

FILED
DEC 06 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

To the
Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street, Room 2112
San Jose, CA, 95113

December 1, 2021

Re: Zoom Video Communications, Inc. Privacy Litigation, Case No. 5:20-cv-02155-LHK

Dear Ladies and Gentlemen.

I received an email on December 1 about above class action settlement, stating that I can make a claim with the claim number **7T9267U926**.

I strongly object to the class action suit. As a private individual, this class action settlement represents the greed of plaintiff lawyers, receiving potentially over $20 Million in settlement from an organization that has

- not proven to do any wrong,
- helped millions of people in the time of the pandemic to stay connected,
- responded with immediate actions and tech improvements to solve any security issues.

While plaintiff lawyers potentially pocket millions, any user will be left with $15 to $25 dollars as s settlement. This is more than ridiculous and points directly to the inefficiencies and dysfunctions of the US legal system.

I do not plan to attend the Final Approval Hearing due to physical distance.

Kind regards

Peter Matthies

SANTA BARBARA CA 931

1 DEC 2021 PM 3 L

Class Action Clerk
US District Court For Northern Dist. Calif.
280 South 1st St, Room 2112
San Jose, CA 95113