*Is this email scam or legitimate*

From: **Settlement Administrator** noreply@zoommeetingsclassaction.com
Subject: Class Action Notice: Settlement of Zoom Privacy Litigation
Date: December 8, 2021 at 10:19 AM
To: ED@TAKKEN.US ed@takken.us

Click here to view this message in a browser window.

# COURT APPROVED NOTICE OF CLASS ACTION SETTLEMENT

*In re: Zoom Video Communications, Inc. Privacy Litigation*
*Case No. 5:20-cv-02155-LHK*

FILED DEC 13 2021 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA SAN JOSE OFFICE

If you used the Zoom Meetings Application between March 30, 2016, and July 30, 2021, you could be entitled to benefits, including a cash payment, under a class action settlement.

*A federal court authorized this Notice. This is **not** a solicitation from a lawyer.*

You must file a Claim Form by March 5, 2022 to receive cash benefits from this Settlement. To file a Claim Form, click here. YOUR CLAIM NUMBER IS: 4P7669C4

**What Is This Litigation About?** A settlement has been reached with Zoom Video Communications, Inc. ("Zoom") relating to alleged privacy and security issues with the Zoom Meetings Application ("App"). Plaintiffs allege that Zoom: (i) shared certain information with third parties, (ii) should have done more to prevent unwanted meeting disruptions by third parties, (iii) advertised its Zoom Meetings App as being encrypted "end-to-end" when Plaintiffs contend it was not at that time, and (iv) that the alleged conduct violated California state and federal laws. Zoom denies these allegations. The Court has not decided who is right.

**Who Is Included in the Proposed Settlement?** All Persons in the United States who have registered, used, opened, or downloaded the Zoom Meetings App, *except for* (i) all Persons who have only registered, used, opened, or downloaded the Zoom Meetings A through an Enterprise-Level Account or Zoom for Government Account, (ii) Zoom and it officers and directors; and (iii) the Judge or Magistrate Judge to whom the action is assigned and, any member of those Judges' staffs or immediate family members. Pleas see the Long Form Notice for more details, available at www.ZoomMeetingsClassAction.com.

**What Relief Does the Settlement Provide?** The Settlement provides money to Class Members who submit a Claim Form postmarked or submitted on www.ZoomMeetingsClassAction.com by **March 5, 2022**. Without admitting liability, the Settlement also requires Zoom to make certain changes to its policies and practices tha will benefit Class Members. Zoom will establish an $85 million Settlement Fund. After deducting Court-approved attorneys' fees (up to $21,250,000) and expenses (up to $200,000), Service Payments for the Plaintiffs, and the costs of settlement notice and

$200,000), Service Payments for the Plaintiffs, and the costs of settlement notice and administration from the $85 million Settlement Fund, the remaining funds will be made available, if the Settlement is approved, to pay Class Members' valid claims. Settlemen Class members can submit one of the following types of claims:

- **Paid Subscription Claim:** If you are a Class Member who paid for a Zoom Meetings App subscription, between March 30, 2016 and July 30, 2021, you are eligible to file a claim for $25 or 15% of the money you paid to Zoom for the core subscription (i.e., not including optional add on features/support that customers m add to their subscriptions) during that time, whichever is greater. For example, if y spent $75 on a Zoom Meetings App subscription during the relevant time period, 15% of $75 is $11.25. Because $11.25 is less than $25, your claim will be treated as a claim for $25.

- **User Claim:** If you are not eligible for a Paid Subscription Claim and you registere used, opened, or downloaded the Zoom Meeting App between March 30, 2016 ar July 30, 2021 and you are not eligible to submit a Paid Subscription Claim, you ar eligible to file a claim for $15.

Please note that these payment amounts may be reduced depending on the number of valid claims. Final payment amounts will be calculated and distributed based on the tot number of Class Members who submit valid claims

This is only a notice of what to expect. Nothing will happen unless the Court approves tl Settlement.

**How Do I Get a Payment?** You must submit your claim online at www.ZoomMeetingsClassAction.com or file a paper Claim Form by **March 5, 2022**. Pap Claim Forms are available at the website or by calling the toll-free number.

**Your Other Options:** If you do nothing, your rights will be affected, and you won't get a payment. If you file a Claim Form, object to the Settlement or do nothing, you are choosing to stay in the Settlement Class. You will be legally bound by all orders of the Court and you will not be able to start, continue or be part of any other lawsuit against Zoom about the allegations of the case. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **March 5, 2022**. you do not exclude yourself, you may object to the Settlement by **March 5, 2022**.

**The Final Approval Hearing:** The Court has scheduled a hearing in this case (*In re*: *Zoom Video Communications, Inc. Privacy Litigation*, Case No. 5:20-cv-02155) for **Apri 2022, at 1:30 p.m.**, to consider: whether to approve the Settlement and award Service Payments, attorneys' fees, and expenses; as well as consider any objections. You or yo attorney may attend and ask to appear at the hearing, but you are not required to do so

attorney may attend and ask to appear at the hearing, but you are not required to do so.

**More Information:** Complete information about all of your rights and options, as well as Claim Form, a more detailed Long Form Notice and the Settlement Agreement are available at www.ZoomMeetingsClassAction.com, by emailing Info@ZoomMeetingsClassAction.com, or by calling toll-free 1-800-397-3418.

**IMPORTANT NOTE:** The dates and deadlines may be changed without further notice to the Settlement Class, so please check the Settlement Website, www.ZoomMeetingsClassAction.com, or the Court's Public Access to Court Electronic Records ("PACER") website at https://ecf.cand.uscourts.gov to confirm that the dates have not been changed.

This notice is only a summary. For a more detailed notice or the precise terms and conditions of the Settlement, please see the Long Form Notice or Settlement Agreement available at www.ZoomMeetingsClassAction.com, by contacting class counsel at ClassCounsel@ZoomMeetingsClassAction.com, by accessing the Court docket in this case, for a fee, through the Court's PACER system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, between 9:00 a.m. and 1:00 p.m., Monday through Friday, excluding Court holidays. You may also contact the Settlement Administrator at 1-800-397-3418 or Info@ZoomMeetingsClassAction.com.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

AF010_v07

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.

You can also send your request to *In Re: Zoom Video Communications, Inc. Privacy Litigation*
c/o Settlement Administrator
P.O. Box 5534, Portland, Oregon 97228-5534, United States

To Ed Takken:

Concerning: Zoom Video Com., Inc. Privacy Lit.
Case # 5:20-cv-02155-LHK

☐ This case is legitimate and is conducted in this court

☐ There is no such case in this court so your email must be Scam

NO VA
VA 220
09 DEC'21
PM 7 L

Ed Takken
7905 Bayberry Dr.
Alexandria, VA 22306

Clerk of the Court for the
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113