**FILED**

**DEC 16 2021**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Joseph Lofthouse
PO Box 538
Paradise, Utah 84328

Garden@Lofthouse.com
Claim Number: 

Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street, Room 2112
San Jose, CA, 95113

Re: Zoom Video Communications, Inc. Privacy Litigation
Case No. 5:20-cv-02155-LHK)

Dear Judge/Clerk:

I used Zoom during the specified time.

Zoom was only a blessing to me. I was not harmed in any way by the free gifts that zoom gave to me.

I am horrified that predators are attacking zoom, and that those predators are lying by saying that I was harmed. Therefore, I reject being included in this class or settlement.

In my mind, the best outcome would be that zoom be held harmless, and that the plaintiffs be ordered to pay zoom's legal costs. It would be even better, if the plaintiffs were also held in contempt for bringing a frivolous suit.

Love,
Joseph

*Joseph Lofthouse*

PO Box 538
Paracino, Utah
84328

SALT LAKE CITY UT 840
13 DEC 2021 PM 4 L

Class Action clerk
US District Ct No Calif.
280 S. 1st St. Room 2112
San Jose, CA 95113

95113-300837