TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
BRADLEY K. KING (SBN 274399)
bking@ahdootwolfson.com
RACHEL JOHNSON (SBN 331351)
rjohnson@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
JULIA PENG (SBN 318396)
jpeng@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Co-Lead Class Counsel*

MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
TRAVIS LEBLANC (SBN 251097)
tleblanc@cooley.com
KATHLEEN R. HARTNETT (SBN 314267)
khartnett@cooley.com
BENJAMIN H. KLEINE (SBN 257225)
bkleine@cooley.com
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

*Attorneys for Defendant Zoom Video Communications, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Master File No. 5:20-cv-02155-LHK<br><br>**JOINT STATEMENT PURSUANT TO NOTICE (DKT. 209) CONSENTING TO MAGISTRATE JUDGE LAUREL BEELER**<br><br>Judge:      Hon. Lucy H. Koh<br>Courtroom:  8 |

On December 17, 2021, Plaintiffs and Defendant Zoom Video Communications, Inc. (collectively, the "Parties") received Notice from the Court (Dkt. 209) that the Honorable Lucy H. Koh, originally assigned to this action, had been confirmed to the United States Court of Appeals for the Ninth Circuit, and directing the Parties to meet and confer to determine if they would collectively consent to Magistrate Judge jurisdiction and stating that the Parties may consent to the jurisdiction of a specific Magistrate Judge regardless of the division of the Court to which that Judge is assigned.

The Parties, having met and conferred, collectively consent to the transfer of this case to United States Magistrate Judge Laurel Beeler for all purposes and to conduct all further proceedings in this case, including trial and entry of final judgment, and that appeal from any judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 5, 2022   **AHDOOT & WOLFSON, PC**

By: /s/ *Tina Wolfson*
Tina Wolfson

Dated: January 5, 2022   **COTCHETT, PITRE & MCCARTHY LLP**

By: /s/ *Mark C. Molumphy*
Mark C. Molumphy

*Interim Co-Lead Class Counsel*

Dated: January 5, 2022   **COOLEY LLP**

By: /s/ *Benjamin H. Kleine*
Benjamin H. Kleine

*Attorney for Defendant*
ZOOM VIDEO COMMUNICATIONS, INC.

**FILER'S ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file this joint statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this joint statement has been obtained from each of the other signatories.

Dated: January 5, 2022

/s/ Mark C. Molumphy
Mark C. Molumphy
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Email: mmolumphy@cpmlegal.com

*Interim Co-Lead Class Counsel*