UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CULLEN, et al., | Case No.  20-cv-02155-LHK |
| Plaintiffs, | **ORDER REASSIGNING CASE** |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | |
| Defendants. | |

On December 13, 2021, the Honorable Lucy H. Koh's nomination to the United States Court of Appeals for the Ninth Circuit was confirmed by the United States Senate.

Accordingly, IT IS ORDERED that this case is reassigned to the Honorable Laurel Beeler in the San Francisco division for all further proceedings. Counsel is instructed that all future filings shall bear the initials LB immediately after the case number.

All hearing and trial dates presently scheduled remain unchanged but may be reset as necessary by separate order of the Honorable Laurel Beeler. Existing briefing schedules for motions remain unchanged. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated:  1/10/2022

FOR THE EXECUTIVE COMMITTEE

Richard Seeborg
Chief District Judge