The court should be
aware of how badly the
settlement program has been
run.

P. Meyers

2/12/22

**RECEIVED**

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

February 11, 2022

20-cv-02155-LB

Settlement Administrator
Zoom Video Litigation
PO Box 5534
Portland, OR 97228

Dear Administrator:

I have tried multiple times since the first notice in December to respond electronically.
EVERY single time I hit submit, I have received a notice that my "request is blocked".
I finally had to mail in a paper form.

If I go to your info website, I get a useless rehash of the information in the original notice, with
no option to find a way to either contact you /or speak to a person to get a question answered.

I have called the number noted in the original notice to report this and get a useless rehash of
the information in the original notice- again no way to contact anyone to answer a question.

I write this because your emails are all marked "no reply" and there is apparently no other way
to contact your office. (if you have one)

Your office and your handling of this process is woefully inadequate and a disservice
to all of the class members and to Zoom. I am embarassed for you, angry at the time I have
wasted and the failure of your "system" to serve the claimants and your employers.

Peter Meyers

Patricia Meyers

1330 Union Street
Manchester, NH 03014

cc: Zoom
Class Action, US District Court
classcounsel@zoommeetingclassaction.com



RECEIVED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MANCHESTER NH 030

17 FEB 2022   PM 3 L

Zoom Class Action
US District Court, Courtroom B
450 Golden Gate Avenue- 15th Floor
San Francisco, CA 94102

94102-342515