

# Better World Properties, LLC

February 18, 2022

**FILED**
**MAR  1 2022**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

In Re: Zoom Video Communications, Inc. Privacy Litigation, Case No. 3:20-cv-02155-LB

Your Honor,

My company, Better World Properties LLC of Houston, Texas (claimant No. H497767G96) has been a client of Zoom since March of 2020. During this time, we have paid for three Zoom Meetings Pro licenses and we consider ourselves a Settlement Class Member.

On behalf of all Class Members, we object to the settlement currently proposed in this case.

While we are aware of anecdotal stories related to perceived security lapses and assumed mishandling of data by Zoom, our relevant and considerable experience suggests to us that these concerns are exaggerated and unlikely to have caused harm that Zoom should be financially responsible for. As a regular Zoom user, we learned early on that this was not a platform on which to conduct sensitive business, that user-controlled settings were the primary determinant of accessibility, and that common-sense measures were the best way to increase security. We too have plenty of stories about strange things that have happened through Zoom, but at no time did we ever experience any financial loss that could remotely be attributable to Zoom.

We have no other attorneys representing or advising us in this matter, nor do we have any special relationship with the defendant. Our experience as business owners reminds us that suits of this nature are generally ill-advised, cause insurance and other costs to rise unnecessarily, and will ultimately serve only to enrich the plaintiff's attorneys. The pittance of a refund customers like us stand to receive is entirely unwarranted and unjustified compared to the harm such settlements cause to American business. In the absence of criminal conduct or willful acts of deceit designed to increase profits while knowingly harming the public, we do not believe the settlement contemplated is justified.

We believe any settlement should be limited to a refund of monies actually paid by those few who are actively complaining.

While we do not intend to appear at the Final Approval Hearing, we pray that our objection is considered and entered into the record.

Respectfully Submitted,

*[signature]*

Michael Knight
Owner & Executive Vice President



Better World Properties LLC
350 Glenborough Dr Ste 200
Houston TX 77076

NORTH HOUSTON TX 773
24 FEB 2022 PM 3 L

**RECEIVED**

MAR 01 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-342515

Class Action Clerk
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102