UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 20-cv-02155-LB<br><br>**ORDER**<br><br>Re: ECF No. 222 |

J. Allen Roth, an attorney representing potential objectors to the proposed settlement in this case, moved for an order waiving all *pro hac vice* requirements of N.D. Cal. Civ. L.R. 11-3.[1] The court waives Mr. Roth's *pro hac vice* application fee but does not waive any other requirements of Rule 11-3.

**IT IS SO ORDERED.**

Dated: March 3, 2022

LAUREL BEELER
United States Magistrate Judge

---

[1] Mot. – ECF No. 222.

ORDER – No. 20-cv-02155-LB