UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Case No. 20-cv-02155-LB<br><br>**JUDGMENT** |

On April 21, 2022, the court granted the plaintiffs' motion for final approval and granted the plaintiffs' motion for a Fee and Expense Award and Service Payments. Judgment is entered. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: April 21, 2022

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-02155-LB