UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __Northern District of California__

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:20-CV-02155-LB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 3/30/2020

Date of judgment or order you are appealing: 4/21/2022

Docket entry number of judgment or order you are appealing: 250

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Judith C. Cohen

Is this a cross-appeal?   ☐ Yes   ☒ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Ari Y. Brown        **Date**  5/19/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                  Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Judith C. Cohen

Name(s) of counsel (if any):

> Ari Y. Brown
> John Giust

Address: 3909 47th Ave. South, Seattle, WA 98118

Telephone number(s): 206-412-9320

Email(s): abrownesq@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ☒ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Caitlin Brice, Heddi N. Cundle, Angela Doyle, Isabelle Gmerek, Kristen Hartmann, Peter Hirshberg, M.F. and his parent Therese Jimenez, Lisa T. Johnston, Oak Life Church, Saint Paulus Lutheran Church, Stacey Simins

Name(s) of counsel (if any):

> Tina Wolfson, esq

Address: 10728 Lindbrook Dr. Los Angeles, CA 90024

Telephone number(s): 310-474-9111

Email(s): twolfson@ahdootwolfson.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Zoom Video Communications Inc.

Name(s) of counsel (if any):

Michael Graham Rhodes, Esq. Cooley LLP

Address: 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111

Telephone number(s): 415-693-2000

Email(s): rhodesmg@cooley.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*