

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

May 20, 2022

| | |
|---|---|
| No.: | 22-15772 |
| D.C. No.: | 3:20-cv-02155-LB |
| Short Title: | Caitlin Brice, et al v. Zoom Video Communications, Inc. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAITLIN BRICE; HEDDI N. CUNDLE; ANGELA DOYLE; ISABELLE GMEREK; KRISTEN HARTMANN; PETER HIRSHBERG; THERESE JIMENEZ; LISA T. JOHNSTON; OAK LIFE CHURCH; SAINT PAULUS LUTHERAN CHURCH; STACEY SIMINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>C. JUDITH COHEN,<br><br>        Objector - Appellant,<br><br> v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | No. 22-15772<br><br>D.C. No. 3:20-cv-02155-LB<br>U.S. District Court for Northern California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., May 27, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Tue., June 21, 2022** | Transcript shall be ordered. |
| **Wed., July 20, 2022** | Transcript shall be filed by court reporter. |
| **Fri., August 26, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., September 26, 2022** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7