TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT R. AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (SBN 223242)
*tmaya@ahdootwolfson.com*
CHRISTOPHER STINER (SBN 276033)
*cstiner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
TYSON C. REDENBARGER (SBN 294424)
*tredenbarger@cpmlegal.com*
ELLE LEWIS (SBN 238329)
*elewis@cpmlegal.com*
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000

Interim Co-Lead Class Counsel for the Settlement Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br>   All Actions | Master Case No: 3:20-cv-02155-LB<br><br>**JOINT DECLARATION OF TINA WOLFSON AND MARK C. MOLUMPHY IN SUPPORT OF MOTION FOR INDICATIVE RULING RE APPROVAL OF SETTLEMENTS WITH OBJECTOR-APPELLANTS**<br><br>Hon. Laurel Beeler<br>Courtroom: B<br>Date: December 1, 2022<br>Time: 9:30 AM |

We, Tina Wolfson and Mark Molumphy, declare and state as follows:

1. I, Tina Wolfson, am a member of the bar of the State of California, New York, and District of Columbia and duly licensed to practice before all courts of the State of California as well as other state and federal courts. I am a partner and founding member of the law firm Ahdoot & Wolfson, PC ("AW"), established in 1998, and have litigated complex consumer and privacy class actions for over two decades.

2. I, Mark Molumphy, am a member of the bar of the State of California and duly licensed to practice before all courts of the State of California as well as other federal courts. I am a partner at the law firm of Cotchett, Pitre & McCarthy LLP ("CPM"), and have litigated complex consumer and privacy class actions for over two decades.

3. We are interim co-lead counsel for the Class Representatives and the putative class. We have personal knowledge of the facts stated below and the proceedings in this case. If called as witnesses, we would and could competently testify thereto to all facts within our personal knowledge.

4. We respectfully submit this joint declaration in support of Plaintiffs' Motion for an Indicative Ruling re Approval of Settlements with Objector-Appellants (the "Motion").

5. The settlements, if approved, will facilitate the claims and distribution process (Rodgers/Neace settlement) and provide an additional limitation to the scope of the release (Cohen settlement). Further, to the extent service payments to the objectors or fee and expense awards to objectors' counsel are approved, they would be paid from the prior award to Class Counsel, and not reduce in any way the funds available for distribution to Class Members. Finally, the settlements require dismissal of the objectors' appeals and permit immediate distribution of the Settlement Fund to eligible Class Members. For these reasons, and the reasons set forth in the Motion, we believe the settlements with the objectors are in the best interests of the Settlement Class.

6. Attached hereto as Exhibit A is a true and correct copy of the settlement agreement with Objectors Rodgers and Neace.

7. Attached hereto as Exhibit B is a true and correct copy of the settlement agreement with Objector Cohen.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of October, 2022, by Mark C. Molumphy in Burlingame, California Tina Wolfson in Los Angeles, California.

/s/ Mark C. Molumphy
Mark C. Molumphy

/s/ Tina Wolfson
Tina Wolfson

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Declaration of Wolfson and Molumphy in support of Joint Unopposed Motion for Indicative Ruling re Approval of Settlements with Objector-Appellants. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Mark C. Molumphy attest that concurrence in the filing of this document has been obtained.

DATED: October 27, 2022

/s/ Mark C. Molumphy
Mark C. Molumphy

2   JOINT DECL. OF WOLFSON AND MOLUMPHY ISO MTN MOTION FOR INDICATIVE RULING RE APPROVAL OF SETTLEMENTS WITH OBJECTOR-APPELLANTS
CASE NO: 3:20-CV-02155-LB