**FILED**

NOV 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAITLIN BRICE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> SAMMY RODGERS; ALVERY NEACE, <br><br> Objectors-Appellants, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation, <br><br> Defendant-Appellee. | No.   22-15764 <br><br> D.C. No. 3:20-cv-02155-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| CAITLIN BRICE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> C. JUDITH COHEN, <br><br> Objector-Appellant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation, <br><br> Defendant-Appellee. | No.   22-15772 <br><br> D.C. No. 3:20-cv-02155-LB |

AC/MOATT

The stipulated motion to remand and voluntarily dismiss these consolidated appeals (Docket Entry No. 19) is granted in part.

The request for a limited remand is granted. *See* Fed. R. App. P. 12.1(b). These appeals are remanded to the district court for the limited purpose of enabling the district court to consider the parties' request for approval of their settlements.

The request to voluntarily dismiss these appeals without prejudice to reinstatement is denied without prejudice to the filing of a motion to voluntarily dismiss with prejudice after the district court has ruled on the request for approval of the settlements.

Within 60 days after the date of this order or within 7 days after the district court's ruling on the request for approval of the settlements, whichever occurs first, appellants shall file a report on the status of district court proceedings and/or a motion for appropriate relief.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7