Willem F. Jonckheer (No. 178748)
**Schubert Jonckheer & Kolbe LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Ph: 415.788.4220
Fx: 415.788.0161
wjonckheer@sjk.law

*Counsel for Plaintiff Timothy Gens*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Case No. **3:20-cv-02155-LB** <br><br> **NOTICE OF CHANGE OF ADDRESS** |
|---|---|

To all parties and their attorneys of record,

PLEASE TAKE NOTICE that effective December 1, 2022, the law firm Schubert Jonckheer & Kolbe LLP has changed its address to the following:

**Schubert Jonckheer & Kolbe LLP**
**2001 Union Street, Suite 200**
**San Francisco, California 94123**

All of the firm's other contact information remains unchanged.

Dated: November 30, 2022                    SCHUBERT JONCKHEER & KOLBE LLP

*/s/ Willem F. Jonckheer*

Willem F. Jonckheer (No. 178748)
**Schubert Jonckheer & Kolbe**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone:     (415) 788-4220
Facsimile:     (415) 788-0161
wjonckheer@sjk.law

*Counsel for Plaintiff Timothy Gens*

**Notice of Change of Address**
Case No. 3:20-cv-02155-LB                          1