UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Master Case No. 3:20-cv-02155-LB <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENTS WITH OBJECTOR-APPELLANTS AND AMENDMENT OF THE SETTLEMENT AGREEMENT** |

On April 21, 2022, the Court granted final approval of class settlement in this action. ECF No. 249. Shortly thereafter, objectors Sammy Rodgers, Alvery Neace, and Judith Cohen filed notices of appeal to the Ninth Circuit. On October 27, 2022, the parties filed a joint motion, ECF No. 255, requesting an indicative ruling as to whether, upon remand from the Ninth Circuit, the Court will approve the settlement agreements, ECF Nos. 255-2 and 255-3 (and re-filed as ECF Nos. 259-2 and 259-3) reached between them and the objectors. On November 11, 2022, the Court granted that motion and ruled that it would "approve the objector settlements and the overall settlement agreement in its new form." ECF No. 257 at 6.

For the reasons stated in the Court's Order Granting Motion for Indicative Ruling, ECF No. 267, the Court orders as follows:

    1. The Court approves the settlement agreements with the objectors, ECF Nos. 259-2

1. and 259-3, as being in the best interests of the class. The settlements were reached through arms'-length negotiations as a result of the Ninth Circuit's mediation process, facilitate the claims and distribution process, provide an additional limitation to the scope of the release, prevent further expenditures on appeal at the expense of the Settlement Class, and expedite payment to the Settlement Class Members.

2. The Court approves the Parties' amendment, ECF No. 259-4, to the Class Action Settlement Agreement and Release, ECF No. 191-1, that the Court previously approved, ECF No. 249 as "fair, reasonable, and adequate" under Rule 23(e)(2);

3. Notice of the settlements with the objectors and the amendment to the Class Action Settlement Agreement and Release need not be provided to the Settlement Class because the settlements benefit the Settlement Class; and

4. The Court's Final Approval Order, ECF No. 249, is amended to provide that checks mailed to claimants will be good for 120 days rather than the 90 days contemplated by the Settlement Agreement and Release prior to amendment.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. LAUREL BEELER
United States District Judge