J. Allen Roth, Esq.
805 Alexandria Street S.
Latrobe PA  15650
(724) 686-8003
office@jarothlaw.com

COUNSEL FOR OBJECTORS
SAMMY RODGERS AND ALVERY NEACE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION, <br><br> This Document Relates To: <br>      All Actions | Master Case No. 3:20-cv-02155-LB <br><br> **DECLARATION OF J. ALLEN ROTH IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD FOR OBJECTORS SAMMY RODGERS AND ALVERY NEACE** |

I, J. Allen Roth, declare and state under the penalty for perjury that the following is true and correct to the best of my knowledge (28 USC 1746):

1.   My name is J. Allen Roth.

2. I am an attorney admitted to practice in the Commonwealth of Pennsylvania.  I was first admitted in 1979.  I was admitted to the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Third Circuit in or around 1985.  I am also admitted to practice in the United States Court of Appeals for the First Circuit and the Ninth Circuit.

3. Since the mid-1980s, I have managed my own law firm representing clients in state and federal court matters.  My legal practice focuses on consumer rights, bankruptcy, Americans with Disabilities Act defense, Freedom of Information Act administrative cases, estate law, criminal law, employment law, family, and other matters.

**DECLARATION OF J. ALLEN ROTH**

4. In this case, a client I represented in a federal consumer action, Sammy Rodgers, contacted me and advised that he and an associate felt some of the terms of the Zoom Privacy Litigation appeared unfair and inappropriate.

5. After discussions with both Sammy Rodgers and Alvery Neace, I agreed to prepare objections based on their complaints.

6. I undertook this representation with no guarantee of payment.  Both Mr. Rodgers and Mr. Neace are persons with a middle-class income.

7. Based on a review of class action decisions in the Northern District of California, including this matter, Court routinely approve rates in excess of $650 per hour for attorneys with my level of experience in contingent class action litigation.

8. During the settlement discussions, I agreed to a $600 an hour cap on the basis that my geographic location enable me to operate with lower costs than if I was physically in the Northern District of California.

9. I did not attempt to recoup costs for legal research my paralegal and law clerk staff engaged in.

10. I incurred expenses of $505.00 for filing the Notice of Appeal in this case.

11. My records, which omit several tasks and wireless conversations that I did not keep billing records for, show that I spent 4,940 minutes on the case, which amounts to 82.3 hours.  The billing would be $49,400 at $600 per hour.

12. However, per the settlement agreement, I agreed to cap expenses and attorney fees at $47,900.

13. In addition, I am requesting that the two objectors, Sammy Rodgers and Alvery Neace each receive $1,000 as a nominal service award.  These clients took the initiative to contact my office and discuss certain issues with the Zoom settlement agreement and the administration of the settlement.

14. The objectors donated many hours reviewing documents and discussing the matter with me.

15. $1,000 for each of these objectors appears appropriate in this case.

16. Specifically, the issues these objectors raised caused the claims administrator to make important changes to their website enabling consumers to easily update their contact information.  In addition, clients who moved or have their checks returned will receive contact from the claims administrator.

17. While this is not a solution to the chronic problem in class actions where only about half the payments reach the end users, it is a first step.

18. While my clients had other objections, the low per-claimant payment does not make this a good case to require their other requested modifications.

19. The incentive payment will encourage claimants to participate in class actions in the future and provide ideas to improve notice provisions and payment procedures.

20. Hopefully in the future, claims administrators and class counsel in other litigations review objections carefully and attempt to resolve problems without the need for filing an appeal so attorney fees can be kept low.

21. For this reason, it is appropriate that the funds to provide the objector incentive and my attorney fees come from the already approved attorney payments in this case.

22. Therefore, I respectfully request that this Court award $47,900 in attorney fees and expense reimbursement and direct an incentive payment of $1,000 to Sammy Rodgers and $1,000 to Alvery Neace.

Dated this 28th day of December 2022.

/s/ J. Allen Roth
J. Allen Roth

**Law Office of J. Allen Roth, Esq.**

805 Alexandria Street S.  Latrobe PA  15650

(724) 686-8003

office@jarothlaw.com

**J Allen Roth**

| Date | Project / Client | Task | Minutes | Rate | TOTAL |
|---|---|---|---|---|---|
| 2/5/2022 | Zoom  40239 | Call from client re Zoom Privacy settlement | 52.00 | $10.00 | $520.00 |
| 2/5/2022 | Zoom  40239 | Call with clients re Zoom Privacy settlement | 74.00 | $10.00 | $740.00 |
| 2/6/2022 | Zoom  40239 | Review and respond to client email re their objections to settlement | 49.00 | $10.00 | $490.00 |
| 2/7/2022 | Zoom  40239 | Review docket sheet, Complaint, settlement agreement, notices | 160.00 | $10.00 | $1,600.00 |
| 2/16/2022 | Zoom  40239 | Review requirements of Northern District California local rules pro hac vice, review cases waiving requirements for PHV, prepare motion for admission | 55.00 | $10.00 | $550.00 |
| 2/22/2022 | Zoom  40239 | Review objection from class counsel to administrative motion to waive requirements | 15.00 | $10.00 | $150.00 |

| Date | Code | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 2/22/2022 | Zoom 40239 | Review letter from Patricial Meyers to settlement administrator | 12.00 | $10.00 | $120.00 |
| 3/1/2022 | Zoom 40239 | Review objection from Better World Properties to class settlement | 22.00 | $10.00 | $220.00 |
| 3/2/2022 | Zoom 40239 | teleconference with law clerk re objections, review cases from law clerk, review statutes | 205.00 | $10.00 | $2,050.00 |
| 3/3/2022 | Zoom 40239 | Review Order from Court re PHV | 10.00 | $10.00 | $100.00 |
| 3/3/2022 | Zoom 40239 | telephone call with client | 26.00 | $10.00 | $260.00 |
| 3/3/2022 | Zoom 40239 | telephone call with clients, telephone call with law clerk, review cases, speak to printing press | 75.00 | $10.00 | $750.00 |
| 3/4/2022 | Zoom 40239 | review objections of Judith Cohen | 39.00 | $10.00 | $390.00 |
| 3/4/2022 | Zoom 40239 | prepare objections, review cases, email draft to client, prepare pro hac vice motion | 245.00 | $10.00 | $2,450.00 |
| 3/4/2022 | Zoom 40239 | telephone call with client | 45.00 | $10.00 | $450.00 |
| 3/6/2022 | Zoom 40239 | revise objections, upload objections, upload motion | 110.00 | $10.00 | $1,100.00 |
| 3/7/2022 | Zoom 40239 | review order granting pro hac vice | 10.00 | $10.00 | $100.00 |
| 3/15/2022 | Zoom 40239 | review reply to motion for settlement, objections of cody powers | 55.00 | $10.00 | $550.00 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/16/22 | Zoom 40239 | telephone call with client; conference with law clerk | 135.00 | $10.00 | $1,350.00 |
| 3/24/2022 | Zoom 40239 | prepare reply, email draft to client, telephone call with client, edit reply | 145.00 | $10.00 | $1,450.00 |
| 3/25/2022 | Zoom 40239 | edit reply, upload reply | 37.00 | $10.00 | $370.00 |
| 3/25/2022 | Zoom 40239 | review reply by judith cohen, proposed order 238 of class counsel, reply re attorney fees, | 72.00 | $10.00 | $720.00 |
| 4/6/2022 | Zoom 40239 | review order changing date of hearing and telephone call with client | 22.00 | $10.00 | $220.00 |
| 4/21/2022 | Zoom 40239 | review Final Approval Order and court docket | 54.00 | $10.00 | $540.00 |
| 5/10/2022 | Zoom 40239 | prepare notice of appeal, email to client, call with clients | 39.00 | $10.00 | $390.00 |
| 5/17/2022 | Zoom 40239 | revise and upload noa | 24.00 | $10.00 | $240.00 |
| 5/20/2022 | Zoom 40239 | review cross-noa | 12.00 | $10.00 | $120.00 |
| 5/31/2022 | Zoom 40239 | prepare mediation questionairre, call with client seeking authorization to file, upload to court. | 121.00 | $10.00 | $1,210.00 |
| 6/25/2022 | Zoom 40239 | legal research, review cases, review paralegal report, make notes for brief | 210.00 | $10.00 | $2,100.00 |
| 7/10/2022 | Zoom 40239 | draft template for appeal brief, review paralegal report, make notes | 185.00 | $10.00 | $1,850.00 |

| Date | Code | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/12/2022 | Zoom 40239 | review motion to consolidate cases. call to client to determine if objection to consolidate | 38.00 | $10.00 | $380.00 |
| 7/13/2022 | Zoom 40239 | discuss mediation with client, email to 9th Circuit mediation, review acknowledgment | 45.00 | $10.00 | $450.00 |
| 7/19/2022 | Zoom 40239 | prepare for mediation session; participate in mediation session before 9th Cir. mediator | 135.00 | $10.00 | $1,350.00 |
| 7/20/22 | Zoom 40239 | telephone call with clients, telephone call with law clerk, review cases, speak to printing press | 183.00 | $10.00 | $1,830.00 |
| 7/25/2022 | Zoom 40239 | prepare argument for brief, review cases, analyze statutes | 180.00 | $10.00 | $1,800.00 |
| 7/27/2022 | Zoom 40239 | teleconference with law clerk | 205.00 | $10.00 | $2,050.00 |
| 8/1/2022 | Zoom 40239 | review email to parties from counsel for Judith Cohen. Discuss with clients | 26.00 | $10.00 | $260.00 |
| 8/2/2022 | Zoom 40239 | review scheduling and consolidation order | 10.00 | $10.00 | $100.00 |
| 8/2/2022 | Zoom 40239 | review ermail from class counsel to parties and 9th circuit mediation; discuss with clients; prepare and send response email | 27.00 | $10.00 | $270.00 |
| 8/13/2022 | Zoom 40239 | review extension of time by judith cohen | 8.00 | $10.00 | $80.00 |
| 8/14/2022 | Zoom 40239 | telephone call with law clerk; telephone call with clients | 35.00 | $10.00 | $350.00 |
| 8/16/2022 | Zoom 40239 | legal research for brief, prepare argument | 180.00 | $10.00 | $1,800.00 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/17/2022 | Zoom 40239 | prepare standards of review for brief, review cases | 95.00 | $10.00 | $950.00 |
| 8/22/2022 | Zoom 40239 | review new scheduling order | 10.00 | $10.00 | $100.00 |
| 8/23/2022 | Zoom 40239 | legal research, brief preparation, brief editing | 270.00 | $10.00 | $2,700.00 |
| 8/25/2022 | Zoom 40239 | conference with law clerk, case analysis | 185.00 | $10.00 | $1,850.00 |
| 9/2/2022 | Zoom 40239 | discussion with counsel for zoom, create memorandum, review notes, review email from counsel for zoom, send email to counsel for zoom | 53.00 | $10.00 | $530.00 |
| 9/3/2022 | Zoom 40239 | conference with law clerk | 45.00 | $10.00 | $450.00 |
| 9/8/2022 | Zoom 40239 | review email from counsel for zoom, send email to counsel for zoom | 6.00 | $10.00 | $60.00 |
| 9/9/2022 | Zoom 40239 | review email from counsel for zoom, send emailt o counsel for zoom | 3.00 | $10.00 | $30.00 |
| 9/10/2022 | Zoom 40239 | conference with law clerk, review cases | 92.00 | $10.00 | $920.00 |
| 9/11/2022 | Zoom 40239 | discuss settlement negotiations with clients | 86.00 | $10.00 | $860.00 |
| 9/14/2022 | Zoom 40239 | review email from counsel for zoom | 2.00 | $10.00 | $20.00 |
| 9/17/2022 | Zoom 40239 | review email from counsel for Zoom, discuss with clients | 65.00 | $10.00 | $650.00 |

| Date | Matter | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 9/19/2022 | Zoom 40239 | prepare and file streamlined extension request | 12.00 | $10.00 | $120.00 |
| 9/19/2022 | Zoom 40239 | review email from counsel for Zoom | 3.00 | $10.00 | $30.00 |
| 9/20/2022 | Zoom 40239 | email to counsel for Zoom | 10.00 | $10.00 | $100.00 |
| 9/22/2022 | Zoom 40239 | review email from counsel for zoom. review modification to settlement website, discuss with clients | 27.00 | $10.00 | $270.00 |
| 9/22/2022 | Zoom 40239 | conference with law clerk, analyze memo from paralegal | 60.00 | $10.00 | $600.00 |
| 9/23/2022 | Zoom 40239 | telephone call with clients, prepare and send email to counsel for Zoom | 19.00 | $10.00 | $190.00 |
| 10/5/2022 | Zoom 40239 | email to counsel for Zoom, review response, send email to clients | 6.00 | $10.00 | $60.00 |
| 10/7/2022 | Zoom 40239 | review email and attachment from counsel for Zoom, conference call with clients, forward documents to clients | 72.00 | $10.00 | $720.00 |
| 10/11/2022 | Zoom 40239 | email to counsel for zoom | 8.00 | $10.00 | $80.00 |
| 10/17/2022 | Zoom 40239 | emails with counsel for Zoom | 6.00 | $10.00 | $60.00 |
| 10/18/2022 | Zoom 40239 | final review of document from counsel, return executed document | 15.00 | $10.00 | $150.00 |
| 10/25/2022 | Zoom 40239 | emails with counsel for zoom and clients | 12.00 | $10.00 | $120.00 |

| Date | Item | Description | Minutes | Rate | Total |
|---|---|---|---|---|---|
| 10/26/2022 | Zoom 40239 | telephone conference with clients and law clerk | 45.00 | $10.00 | $450.00 |
| 11/11/2022 | Zoom 40239 | review Order re indicative ruling, email client copy, discuss with client | 29.00 | $10.00 | $290.00 |
| 11/14/2022 | Zoom 40239 | review stipulated motion | 27.00 | $10.00 | $270.00 |
| 12/14/2022 | Zoom 40239 | review unopposed motion to approve settlement | 29.00 | $10.00 | $290.00 |
| 12/16/2022 | Zoom 40239 | review Order granting motion for settlement | 24.00 | $10.00 | $240.00 |
| 12/27/2022 | Zoom 40239 | prepare motion for service awards and fees | 185.00 | $10.00 | $1,850.00 |
| 12/28/2022 | Zoom 40239 | prepare declaration and edit motion for service fees | 52.00 | $10.00 | $520.00 |
|  |  |  |  |  | $0.00 |
|  |  | **BILLABLE MINUTES** | 4940.00 | **BILLABLE TOTAL** | **$49,400.00** |