1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

11

12

13

14

15

16

| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION*, | Master Case No. 3:20-cv-02155-LB |
|---|---|
| This Document Relates To:<br>    All Actions | **PROPOSED ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS FEES AND INCENTIVE AWARD TO OBJECTORS SAMMY RODGERS AND ALVERY NEACE** |

17

18

19

20

21

22

23

On December 16, 2022 the Court approved an amended class settlement in this action

based on a settlement agreement between Plaintiffs, Defendant, and objectors Sammy Rodgers,

Alvery Neace, and Judith Cohen. ECF 261. The terms of the agreement allowed objectors

Rodgers and Neace to each seek a service payment of $1,000 and for reimbursement of attorney

fees and expenses up to $47,900. ECF 259-3.  These incentives, reimbursement of expenses and

payment of attorney fees are reasonable and agreed to by class counsel.

24

25

26

27

28

The Court has considered the arguments within the Motion for Attorneys' Fees and

Incentive Award for Objectors Sammy Rodgers and Alvery Neace pursuant to Fed. R. Cv. Proc.

23(h) and the Declaration of J. Allen Roth including time records.  The Court finds that Objectors

Sammy Rodgers and Alvery Neace caused an improvement to the administration of the class

action including causing a change to the website to enable claimants to easily update their contact

information so they may receive their payment.  In addition, the settlement administrator will

contact claimants if a physical check sent to them is returned to the sender.  Checks will

automatically be sent to a new address if returned and a database shows the claimant's new

address. Finally, checks will be valid for 120 days in case the post office's mail forwarding

procedures cause a delay. The Court finds that claimants not receiving or cashing their funds in

class actions cases is a serious cause for concern with recent cases having less than half of the

payments cashed.    These modifications are a first step in addressing this problem.

The Court notes that the attorney fees and expenses, and the objector incentive award, will

be paid from funds already designated as attorney fees as agreed by the parties.

Therefore, the Court orders that motion filed by objectors Rodgers and Neace is

GRANTED. The Settlement Administrator in this matter is directed to disburse, from attorney

fees previously approved, $1,000 as a service payment to Sammy Rodgers, $1,000 as a service

payment to Alvery Neace, and $47,900 in attorney fees and expenses incurred by the objectors to

their legal counsel.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. Laurel Beeler
United States Magistrate Judge