FILED

JAN 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------x

Case 3:20-cv-02155-LB

In re:

ZOOM VIDEO COMMUNICATIONS INC.
PRIVACY LITIGATION.

**NOTICE OF APPEAL**

------------------------------------x

Upon the Court, without notice to the class members or a hearing with an opportunity to be heard, entering an Order at Entry 261 amending the final Order at Entry 249 and granting a settlement modifying the case, without providing an opportunity for class members to opt out from the final terms of the settlement, Alfred Gonzalez, in his capacity as class member and objector, does hereby appeal from the Order at Entry 261 and the Order and Judgment at Entries 249 and 250 (as amended by Entry 261) to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

_____
Alfred Gonzalez
1440 W Taylor Street #607
Chicago IL 60607