TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
BRADLEY K. KING (SBN 274399)
bking@ahdootwolfson.com
CHRISTOPHER STINER (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
ELLE LEWIS (SBN 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000

Co-Lead Counsel for the Settlement Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Master Case No. 3:20-cv-02155-LB <br><br> **JOINT RESPONSE TO DOCKET ENTRY (ECF 272) RE OBJECTORS' MOTION FOR AWARD OF ATTORNEYS' FEES AND INCENTIVE AWARDS** <br><br> Judge:       Hon. Laurel Beeler <br> Courtroom:  B-15th floor <br> Date:        February 2, 2023 <br> Time:        9:30 a.m. |

In its docket entry dated January 29, 2023 (ECF 272), the Court invited the parties to respond as to whether the Court has jurisdiction to decide the pending motions for attorneys' fees and incentive awards filed by Objectors Sammy Rodgers and Alvery Neace ("Rodgers/Neace") and Judith Cohen ("Cohen"), in light of the pending appeal filed by Alfred Gonzalez.  ECF 268.

The litigation parties—Plaintiffs and Defendant Zoom Video Communications, Inc.—agree that the Court has jurisdiction to hear the pending fee motions regardless of any pending appeal, valid or invalid.  *See, e.g.*, *Ray Haluch Gravel Co. v. Cent. Pension Fund of Int'l Union of Operating Engineers & Participating Emps.*, 571 U.S. 177, 179 (2014); *Masalosalo ex rel. Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 957 (9th Cir. 1983).  Accordingly, the litigation parties have no objection to the Court hearing the upcoming motions on February 2, 2023.

Dated: January 30, 2023

**COTCHETT, PITRE & MCCARTHY, LLP**

By: */s/ Mark Molumphy*
Mark Molumphy (SBN 168009)

**AHDOOT & WOLFSON, PC**

By: */s/ Tina Wolfson*
Tina Wolfson (SBN 174806)

*C-Lead Counsel for Plaintiffs and Class*

**COOLEY LLP**

By: */s/ Benjamin H. Kleine*
Benjamin H. Kleine (SBN 257225)

*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Response.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, *Mark Molumphy* attest that concurrence in the filing of this document has been obtained.

Dated: January 30, 2023

By: */s/ Mark Molumphy*
Mark Molumphy (SBN 168009)