J. Allen Roth, Esq. (PA 30347)
*Pro Hac Vice*
805 Alexandria Street S.
Latrobe PA  15650
(724) 686-8003
office@jarothlaw.com

COUNSEL FOR OBJECTORS
SAMMY RODGERS AND ALVERY NEACE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION*, <br><br> This Document Relates To: <br>     All Actions | Master Case No. 3:20-cv-02155-LB <br><br> **STATEMENT OF NON-OBJECTION TO JURISDICTION** <br><br> Hon. Laurel Beeler <br> Courtroom: B-15 <br> Date:    February 2, 2023 <br> Time:    9:30 a.m. |

    Objectors Sammy Rodgers ("Rodgers") and Alvery Neace ("Neace") advise that they have no disagreements with the initial assessment of this Court (272) and the joint filing of Class Counsel and the Defendant as to the Court's jurisdiction to hear the attorney fee motion during the pendency of the purported appeal.

    Counsel for Rodgers and Neace also conferred with the attorneys for Objector Judith C. Cohen.  They share the same position.  Therefore, no party appears to be raising any jurisdictional issue during the hearing.

Dated:  January 31, 2023                              */s/ J. Allen Roth, Esq.*
                                                            J. Allen Roth, Esq.

                                                COUNSEL FOR OBJECTORS SAMMY
                                                RODGERS AND ALVERY NEACE