MARK C. MOLUMPHY (SBN No. 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN No. 294424)
tredenbarger@cpmlegal.com
ELLE D. LEWIS (SBN No. 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | CASE No. 3:20-cv-02155-LB<br><br>**JOINT DECLARATION OF MARK MOLUMPHY AND TINA WOLFSON IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>Judge:      Hon. Laurel Beeler<br>Date:       April 27, 2023<br>Time:       9:30 a.m.<br>Location:   Courtroom B, 15th Floor |

We, Mark Molumphy and Tina Wolfson, hereby declare and state as follows:

1. We are over the age of eighteen and am fully competent to make this declaration. We make this declaration based upon personal knowledge, and if called to testify as a witness, could and would competently testify to the matters stated herein.

2. We are attorneys admitted to practice in the State of California and in the United States District Court for the Northern District of California and other federal district courts. We are members at the law firm of Cotchett, Pitre & McCarthy and Ahdoot & Wolfson, PC, and have been appointed as Co-Lead Counsel representing Plaintiffs and the Settlement Class in this action ("Plaintiffs").

3. Plaintiffs served a document subpoena on Shipping & Beyond, located at 1440 W. Taylor Street, Chicago, Illinois, the address provided by Alfred Gonzalez on his Notice of Appeal, and asking for various categories of documents, including his identification and residence. The documents produced included Gonzalez' application and identification card with a Nicaraguan home address, and an affiliation with Beacon Redevelopment located in Managua, Nicaragua.

4. Gonzalez has not yet provided our offices, or the Claims Administrator, with any evidence that he is a member in the Settlement Class. There is no record of any claim submitted by Gonzalez, nor did he object to the underlying settlements with the objectors, including the settlement negotiated by J. Allen Roth. However, on information and belief, Gonzalez may be affiliated with Mr. Roth. According to the Colorado Secretary of State, "Alfredo I Gonzalez" from Managua, Nicaragua, filed a Statement of Trade Name of a Reporting Entity on behalf of Hotels and Stuff, Inc., a Colorado corporation. Our search of federal court dockets on PACER indicates that Mr. Roth represented Hotels and Stuff Inc. in litigation in the Western District of Pennsylvania.

///

///

///

5. Based on the Rule 39 of the Federal Rules of Appellate Procedure and Circuit Rule 39-1, and our firms' past expenses in other recent Ninth Circuit appeals, we conservatively estimate that the costs for preparing the record, and printing, copying, and mailing the briefs in this appeal will be at least $8,500.

We declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of March 2023, by Mark C. Molumphy in Burlingame, California Tina Wolfson in Los Angeles, California.

| */s/ Mark C. Molumphy* | */s/ Tina Wolfson* |
|---|---|
| Mark C. Molumphy | Tina Wolfson |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Declaration of Wolfson and Molumphy in support of Motion for Motion for Appeal Bond. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Mark C. Molumphy attest that concurrence in the filing of this document has been obtained.

DATED: March 10, 2023                             */s/ Mark C. Molumphy*
                                                  Mark C. Molumphy