MARK C. MOLUMPHY (SBN No. 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN No. 294424)
tredenbarger@cpmlegal.com
ELLE D. LEWIS (SBN No. 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP** San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master Case No. 3:20-cv-02155-LB<br><br>**DECLARATION OF BRIAN YOUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>Judge:     Hon. Laurel Beeler<br>Date:       April 27, 2023<br>Time:      9:30 a.m.<br>Location: Courtroom B, 15th Floor |

I, Brian Young, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge, and if called to testify as a witness, could and would competently testify to the matters stated herein.

2. I am the Senior Project Manager at Epiq Class Action and Claims Solutions, Inc. ("Epiq"), the Court-appointed Class Administrator for this case. In this capacity, I oversee Epiq's day-to-day duties, including dissemination of class notice, review and approval of claims, communications with potential Settlement Class Members, posting and updating the Settlement Website and toll-free number, and preparing the Settlement Funds for final distribution pursuant to the Court-approved plan of allocation. At this stage of the case, all claims have been reviewed and the distribution is now ready to be made to eligible Settlement Class Members.

3. Based on Epiq's work to date providing administrative support in this case, we estimate that the cost to maintain the account while the case is on appeal is approximately $23,500 per month. This amount includes costs necessary to maintain and administer the Settlement Website and toll-free phone number, claimant support and communications from potential Settlement Class Members, project and data management, bank account and tax management, and document storage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2023 in Portland, Oregon.

*/s/ Brian Young*
Brian Young