1  MARK C. MOLUMPHY (SBN No. 168009)
   mmolumphy@cpmlegal.com
2  TYSON C. REDENBARGER (SBN No. 294424)
   tredenbarger@cpmlegal.com
3  ELLE D. LEWIS (SBN No. 238329)
   elewis@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   TINA WOLFSON (SBN 174806)
8  twolfson@ahdootwolfson.com
   ROBERT R. AHDOOT (SBN 172098)
9  rahdoot@ahdootwolfson.com
   THEODORE MAYA (SBN 223242)
10 tmaya@ahdootwolfson.com
   **AHDOOT & WOLFSON, PC**
11 2600 West Olive Avenue, Suite 500
   Burbank, California 91505
12 Tel: (310) 474-9111

13 *Co-Lead Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>Appellant's Notice of Appeal | Case No. 3:20-cv-02155-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>Judge:    Hon. Laurel Beeler<br>Location: Courtroom B, 15th Floor |

After full consideration of Plaintiffs' Motion for an Appeal Bond, Plaintiffs' Motion is GRANTED. The court finds that the factors relevant to the propriety of imposing appeal bonds under Rule 7 of the Federal Rules of Appellate Procedure have been satisfied. Specifically, the Court finds that the Objector and Appellant Alfred Gonzalez is financially able to post a bond, that Gonzalez resides outside California and the Ninth Circuit presenting an increased risk of not paying costs if he does not prevail on his appeal, that the issues raised in his appeal have already been considered and rejected by the Court, and are contrary to the law, and that there is evidence of possible bad faith or vexatious conduct, further supporting the posting of a bond.

As such, Gonzalez is ordered to post a bond in the amount of **[$316,693]**_____, which is reasonable and necessary given Plaintiffs potentially taxable costs under Federal Rule of Appellate Procedure 39 and costs related to the continued settlement administration through the appeal. The bond shall be posted within 15 days of the date of this Order.

IT IS SO ORDERED

DATED:_____

_____
HON. LAUREL BEELER
United States Magistrate Judge