MARK C. MOLUMPHY (SBN No. 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN No. 294424)
tredenbarger@cpmlegal.com
ELLE D. LEWIS (SBN No. 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:20-cv-02155-LB<br><br>**CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND; MEMORANDUM IN SUPPORT**<br><br>Judge: Hon. Laurel Beeler<br>Date:   TBD<br>Time:   TBD<br>Location: Courtroom B, 15th Floor |

PLTFS' NTC OF MTN AND MTN TO EXPEIDTE BRIEFING ON MTN FOR APPEAL BOND; MEMORANDUM IN SUPPORT-CASE NO. 3:20-cv-02155-LB

Pursuant to Civil Local Rule 6-3, in the above-entitled action, Plaintiffs Caitlin Brice, Heddi N. Cundle, Isabelle Gmerek, Cynthia Gormezano, Kristen Hartmann, M.F. and his parent Therese Jimenez, Lisa T. Johnston, Oak Life Church, Saint Paulus Lutheran Church and Stacey Simins (collectively, "Plaintiffs"), respectfully move the Court to expedite the briefing schedule for Plaintiffs' Motion for Appeal Bond ("Bond Motion") (Dkt. No. 278) and, if the Court decides that a hearing on the motion is necessary, schedule a hearing on the Bond Motion at the Court's earliest convenience.

The Bond Motion is currently set on April 27, 2023, the earliest available date on the Court's website. Plaintiffs are concerned that, absent relief, Plaintiffs and the Class will incur substantial, unrecoverable costs related to the Court-appointed Claims Administrator's administration of the Settlement as well as responding to Objector and Appellant Alfred Gonzalez's appeal. Expediting the briefing schedule for Plaintiffs' Bond Motion will allow the Court to consider, and if appropriate, impose an appeal bond on Gonzalez at an earlier date protecting Plaintiffs and the Class as they continue to address his appeal, which Plaintiffs believe was filed solely to hold up the distribution of Settlement proceeds.

Therefore, Plaintiffs ask the Court to set an expedited schedule requiring Gonzalez to respond to Plaintiffs' Bond Motion by March 17, 2023, and if the Court decides that a hearing on the Bond Motion is necessary, to hold a hearing on March 23, 2023 or such other date available to the Court. In support of this motion, Plaintiffs state as follows:

1.      Plaintiffs request that the Court expeditiously resolve Plaintiffs' Bond Motion, which is currently set to be heard on April 27, 2023. Given the nature of Gonzalez's appeal, Plaintiffs are in the process of attempting to resolve the appeal by moving to dismiss based on Gonzalez's failure to pay his docket fees and, if that is not granted, by then moving for summary disposition in the Ninth Circuit. If these motions are not granted, Plaintiffs are aware that resolution of any appeal can take one or two years, requiring Plaintiffs and the Class to incur costs to oppose the appeal and administer the Settlement funds during the delay. To account for that possibility, Plaintiffs seek the security that would be afforded by the imposition of an appeal bond against Gonzalez.

2.      If the Court does not expedite briefing on the Bond Motion, Plaintiffs will be forced to continue to incur substantial costs responding to the frivolous appeal, as well as the resulting

administrative costs, without any assurance that they will be able to recover those costs if the appeal is denied. Because Local Rule 7-2 requires all motions to be noticed for hearing no less than 35 days after the filing of the motion, the earliest date that Plaintiffs' Bond Motion could be heard is April 27, 2023. Plaintiffs respectfully request that Gonzalez not be allowed to draw this matter out to that date and beyond without being required to post an appeal bond.

3. Shortening the briefing and hearing schedule on the Bond Motion would not affect any other pending matters in this case, as the Court has already entered final judgment. Other than the Bond Motion, only Gonzalez's appeal remains at issue in the case.

For those reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' motion and enter Plaintiffs' proposed order expediting the briefing schedule.

DATED: March 10, 2023

**COTCHETT, PITRE & McCARTHY LLP**

By: /s/ Mark C. Molumphy
　　　Mark C. Molumphy

Mark C. Molumphy
Tyson C. Redenbarger
Elle D. Lewis
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
elewis@cpmlegal.com

**AHDOOT & WOLFSON, P.C.**

By: /s/ Tina Wolfson
　　　Tina Wolfson

Tina Wolfson
Robert Ahdoot
Theodore W. Maya
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Declaration of Wolfson and Molumphy in support of Motion to Expedite Briefing. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Mark C. Molumphy attest that concurrence in the filing of this document has been obtained.

DATED: March 10, 2023                                    */s/ Mark C. Molumphy*
                                                                              Mark C. Molumphy