1    MARK C. MOLUMPHY (SBN No. 168009)
     mmolumphy@cpmlegal.com
2    TYSON C. REDENBARGER (SBN No. 294424)
     tredenbarger@cpmlegal.com
3    ELLE D. LEWIS (SBN No. 238329)
     elewis@cpmlegal.com
4    **COTCHETT, PITRE & McCARTHY, LLP**
     San Francisco Airport Office Center
5    840 Malcolm Road
     Burlingame, CA 94010
6    Telephone: (650) 697-6000
     Facsimile: (650) 697-0577
7
     TINA WOLFSON (SBN 174806)
8    twolfson@ahdootwolfson.com
     ROBERT R. AHDOOT (SBN 172098)
9    rahdoot@ahdootwolfson.com
     THEODORE MAYA (SBN 223242)
10   tmaya@ahdootwolfson.com
     **AHDOOT & WOLFSON, PC**
11   2600 West Olive Avenue, Suite 500
     Burbank, California 91505
12   Telephone: (310) 474-9111

13   *Co-Lead Counsel for Plaintiffs and the Settlement Class*

14                           **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16                                **SAN FRANCISCO DIVISION**

17

| 18 | IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | CASE NO. 3:20-cv-02155-LB |
|---|---|---|
| 19 | This Document Relates To: | **DECLARATION OF MARK MOLUMPHY IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND** |
| 20 | All Actions | |
| 21 | | Judge: Hon. Laurel Beeler |
| 22 | | Date: TBD |
| | | Time: TBD |
| 23 | | Location: Courtroom B, 15th Floor |

24
25
26
27
28

I, Mark C. Molumphy, declare that the following is true:

1. I am an attorney admitted to practice before this Court and a partner in the firm of Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiffs in the action captioned I make this declaration of my own personal knowledge, and, if called to do so, could testify competently to the facts stated herein under oath.

2. I submit this declaration pursuant to Civil Local Rule 6-3 in support of Plaintiffs' Motion to Expedite Briefing. Good cause exists for an expedited schedule. If the Court does not expedite briefing on the Bond Motion, Plaintiffs will be forced to continue to incur substantial costs responding to the frivolous appeal, as well as the resulting administrative costs, without any assurance that they will be able to recover those costs if the appeal is denied. Because Local Rule 7-2 requires all motions to be noticed for hearing no less than 35 days after the filing of the motion, the earliest date that Plaintiffs' Bond Motion could be heard is April 27, 2023. Plaintiffs respectfully request that Gonzalez not be allowed to draw this matter out to that date and beyond without being required to post an appeal bond.

3. The following time modifications have previously been ordered this case:

| Date | Docket No./Case No | Description |
|---|---|---|
| 02/23/2021 | Dkt. No. 162<br>20-cv-02155-LB | Stipulation to Extend Class Certification Deadlines filed by Plaintiffs |
| 4/08/2021 | Dkt. No. 177<br>20-cv-02155-LB | Stipulation to Extend Case Deadline filed by Zoom Video Communications, Inc |
| 05/13/2021 | Dkt. No. 181<br>20-cv-02155-LB | Order granting in part and denying in part 178 Stipulation to Extend Case Deadlines filed by Zoom Video Communications, Inc. |
| 06/17/2021 | Dkt. No. 187<br>20-cv-02155-LB | Order granting in part and denying in part 186 Stipulation to Extend Case Deadlines filed by Zoom Video Communications, Inc. |
| 07/21/2021 | Dkt. No. 189<br>20-cv-02155-LB | Order granting in part and denying in part 188 Joint Stipulation and [Proposed] Order to Extend Case Deadlines filed by Plaintiffs |

1      4.     This modification would not affect any other matters in this case, as currently the only pending motion in this Court is Plaintiffs' motion for appeal bond.

     I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct, and that this declaration was executed on this 10th day of March, 2023 at Burlingame, California.

                                                    /s/ *Mark C. Molumphy*
                                                  Mark C. Molumphy