1  MARK C. MOLUMPHY (SBN No. 168009)
   mmolumphy@cpmlegal.com
2  TYSON C. REDENBARGER (SBN No. 294424)
   tredenbarger@cpmlegal.com
3  ELLE D. LEWIS (SBN No. 238329)
   elewis@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   TINA WOLFSON (SBN 174806)
8  twolfson@ahdootwolfson.com
   ROBERT R. AHDOOT (SBN 172098)
9  rahdoot@ahdootwolfson.com
   THEODORE MAYA (SBN 223242)
10 tmaya@ahdootwolfson.com
   **AHDOOT & WOLFSON, PC**
11 2600 West Olive Avenue, Suite 500
   Burbank, California 91505
12 Tel: (310) 474-9111

13 *Co-Lead Counsel for Plaintiffs and the Settlement Class*

14             **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16             **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18 IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION | Case No. 3:20-cv-02155-LB |
| 19 This Document Relates To: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND** |
| 20    All Actions | |
| 21 | Judge:     Hon. Laurel Beeler |
| 22 | Location:  Courtroom B, 15th Floor |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to Expedite Briefing on their Motion for Appeal Bond (Dkt. No. 278) is GRANTED. The deadline for the Objector and Appellant Alfred Gonzalez to respond to Plaintiffs' Motion for Appeal Bond is [March 17, 2023] _____.  If necessary, the hearing on the Motion for Appeal Bond is set for [Thursday, March 23, 2023, at 9:00 a.m.] _____.

IT IS SO ORDERED


DATED: _____                              _____
                                                                                                   HON. LAUREL BEELER
                                                                                                   United States Magistrate Judge