MARK C. MOLUMPHY (SBN No. 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN No. 294424)
tredenbarger@cpmlegal.com
ELLE D. LEWIS (SBN No. 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ZOOM VIDEO COMMUNICATIONS, INC. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | Case No. 3:20-cv-02155-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND**<br><br>Judge:     Hon. Laurel Beeler<br>Location:  Courtroom B, 15th Floor |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to Expedite Briefing on their Motion for Appeal Bond (Dkt. No. 278) is GRANTED. The deadline for the Objector and Appellant Alfred Gonzalez to respond to Plaintiffs' Motion for Appeal Bond is March 17, 2023. If necessary, the hearing on the Motion for Appeal Bond is set for Thursday, March 23, 2023, at 9:00 a.m.

IT IS SO ORDERED

DATED: March 14, 2023

_____
HON. LAUREL BEELER
United States Magistrate Judge